**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Jerry Spence,
Jennifer Spence,

      Plaintiffs,

v.                                                    Case No. 2023-
                                                      Judge: Hon.
Village of Sebewaing,
A public municipal entity,
Huron County,
A public municipal entity,
Jointly and severally,

      Defendants.

| | |
|---|---|
| SADECKI & ASSOCIATES, P.L.L.C. | KERR, RUSSELL AND WEBER, PLC |
| Mark W. Sadecki (P57069) | James E. Tamm (P38154) |
| Brian D. Harrison (P58513) | Kevin A. McQuillan (P79083) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| P.O. Box 310 | Village of Sebewaing |
| Davisburg, Michigan 48350-0310 | 500 Woodward Avenue, Suite 2500 |
| 248.328.1300 | Detroit, MI  48226-3427 |
| msadecki@saalaw.net | (313) 961-0200; FAX (313) 961-0388 |
| bharrison@saalaw.net | jtamm@kerr-russell.com |
| | kmcquillan@kerr-russell.com |

## <u>NOTICE OF REMOVAL OF ACTION</u>

Now Comes Defendant Village of Sebewaing by and through its counsel, Kerr, Russell and Weber, PLC, and in support of its Notice of Removal of Action, hereby states as follows:

1.    Defendant Village of Sebewaing was served with a copy of the attached Complaint on April 4, 2023, a date that is less than 30 days for the filing of this Notice of Removal.

2.    Plaintiff's Complaint filed in the Huron County Circuit Court alleges, in part, federal questions:

    a.  Fifth Amendment temporary taking (Count 1);

    b.  Fourteenth Amendment Substantive Due Process (Count 2);

  c. Fourteenth Amendment Procedural Due Process (Count 3);

  d. Fourteenth Amendment Equal Protection (Count 5);

3. Plaintiff also seeks relief under 42 U.S.C. § 1983 and 42 U.S.C. § 1988 (Exhibit A, Complaint, ¶ 81).

4. Plaintiff's claims stem from the allegation that the Village of Sebewaing did not grant Plaintiff's requests for "Zoning Application and Permit, Building Application and Permit, Variance Request and/or Zoning Appeal" related to Plaintiff's intention to construct a residence on or near the Sebewaing River. See, e.g., (Exhibit A, Compliant, ¶¶ 58, 62, 69, 80).

5. Plaintiff's allegations in the Complaint, involving claims arising under the Constitution and laws of the United States, are within the original jurisdiction of this United States District Court. 28 U.S.C. § 1331.

6. All Defendants who have been served with process concur in the filing of this petition. Further, upon information and belief, such other un-served co-defendants would consent to removal.

7. Pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441, removal of this action from Huron County Circuit Court to this United States District Court is proper.

8. Plaintiff's claims based on violation of Michigan law form part of the same case or controversy and arise out of the same nucleus of operative fact, giving the federal court supplemental jurisdiction over such claims pursuant to 42 U.S.C. §1367(a). See *United Mine Workers v. Gibbs*, 383 U.S. 715 (1966).

9. A written Notice of Filing of this Removal has also been given to Plaintiff as required by law.

10.     A copy of this Notice of Removal and Notice of Filing Notice of Removal is filed with the Clerk of the Court for the County of Huron, State of Michigan, as is required.

WHEREFORE Defendant Village of Sebewaing respectfully asks this Honorable Court to grant this Notice for Removal of Action.

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By:  /s/*Kevin A. McQuillan*
        James E. Tamm
        Kevin A. McQuillan (P79083)
Attorneys for Defendant Village of Sebewaing
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200; (313) 961-0388 Fax
kmcquillan@kerr-russell.com

Dated: April 25, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties registered with ECF, through their counsel of record.

/s/*Kevin A. McQuillan*
Attorney for Defendant Village of Sebewaing
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
kmcquillan@kerr-russell.com

Dated: April 25, 2023

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

Jerry Spence,
Jennifer Spence,

     Plaintiffs,

v.

Village of Sebewaing,
A public municipal entity,
Huron County,
A public municipal entity,
Jointly and severally,

     Defendants.

Case No. 2023-
Judge: Hon.

| | |
|---|---|
| SADECKI & ASSOCIATES, P.L.L.C. | KERR, RUSSELL AND WEBER, PLC |
| Mark W. Sadecki (P57069) | James E. Tamm (P38154) |
| Brian D. Harrison (P58513) | Kevin A. McQuillan (P79083) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| P.O. Box 310 | Village of Sebewaing |
| Davisburg, Michigan 48350-0310 | 500 Woodward Avenue, Suite 2500 |
| 248.328.1300 | Detroit, MI  48226-3427 |
| msadecki@saalaw.net | (313) 961-0200; FAX (313) 961-0388 |
| bharrison@saalaw.net | jtamm@kerr-russell.com |
| | kmcquillan@kerr-russell.com |

## MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF REMOVAL

Defendant Village of Sebewaing, by and through its counsel, Kerr, Russell and Weber, PLC, supports its Notice of Removal of Action, relying on 28 U.S.C. §§ 1331, 1441, 1443 and 1446.

This Court has original jurisdiction in claims involving federal law and specifically under the Federal Civil Rights Laws and pendant jurisdiction over related claims under state law. In this case, Plaintiff alleges the Village of Sebewaing did not grant Plaintiff's requests for "Zoning Application and Permit, Building Application and Permit, Variance Request and/or Zoning Appeal" related to Plaintiff's intention to construct a residence on or near the Sebewaing River.

See, e.g., (Exhibit A, Complaint, ¶¶ 58, 62, 69, 80). More specifically, Count I is expressly premised on federal law alleging, among other things, a Fifth Amendment temporary taking. Additionally, Count II alleges Fourteenth Amendment Substantive Due Process, Count III alleges Fourteenth Amendment Procedural Due Process, and Count V alleges Fourteenth Amendment Equal Protection. All of these claims are premised on federal law. Moreover, Plaintiff seeks relief under 42 U.S.C. § 1983 and 42 U.S.C. § 1988 (Exhibit A, Complaint, ¶ 81). Federal courts are well versed in addressing these types of allegations and claims. See, e.g., *Braun v. Ann Arbor Charter Twp.*, 519 F.3d 564, 566 (6th Cir. 2008).

The remaining Count IV of Plaintiff's Complaint apparently alleges a state law claim for violation of the Fair and Just Treatment Clause in the Michigan Constitution. See Mich. Const. 1963, art. I, § 17. However, this claim arise from a common nucleus of operative fact alleged, in Paragraphs 1 through 51 of the Complaint, to apply to all Counts including the alleged violations of 42 U.S.C. § 1983, stated in Counts I, II, III, and V. Moreover, this claim merely seems to restate the Due Process Clause claims alleged in Counts II and III.

Under 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction where the Federal and State law theories and claims revolve around the same, central fact pattern. Claims form part of the same case or controversy when they "derive from a common nucleus of operative facts." *Ahearn v. Charter Township of Bloomfield*, 100 F.3d 451, 454–55 (6th Cir. 1996); accord *White v. County of Newberry, S.C.*, 985 F.2d 168, 172 (4th Cir. 1993) (recognizing that claims form part of same case or controversy if they "revolve around a central fact pattern"). The efficient administration of justice is, generally, best served by reducing the number of cases in separate courts if there are not inconsistencies and mutually exclusive theories advanced. Supplemental jurisdiction under 28 U.S.C. § 1367 confers jurisdiction in federal courts which otherwise have

original jurisdiction to resolve a federal question, as would be supplied by Section 1331. *See, e.g.*, *Ahearn*, 100 F.3d at 454–55; *White*, 985 F.2d at 172.

Because the state and federal claims revolve around the same central fact pattern, this Court's discretion to decline supplemental jurisdiction is arguably limited.

> Several circuit courts of appeal have held that, once it is determined that a state law claim is related to a claim within the court's original jurisdiction (i.e., same case or controversy), the exercise of supplemental jurisdiction is mandatory, unless the court relies on one of the statutory factual predicates triggering its discretion. *Itar-Tass Russian News Agency v. Russian Kurier, Inc.,* 140 F.3d 442 (2nd Cir.1998); *McLaurin v. Prater,* 30 F.3d 982, 984 (8th Cir.1994); *Allen v. City of Los Angeles,* 92 F.3d 842, 846 (9th Cir.1996). In the exercise of statutory discretion, the court should be guided by considerations of economy, convenience, fairness and comity. *City of Chicago v. International College of Surgeons,* 522 U.S. 156, 172-73, 118 S.Ct. 523, 139 L.Ed.2d 525 (1997); see also *Williams v. Van Buren Twp.,* 925 F.Supp. 1231 (E.D.Mich.1996).

*S.C. v. Harper-Hutzel Hosp*., No. 06-15222, 2007 WL 674924, at *6 (E.D. Mich. Mar. 1, 2007). Under 28 U.S.C. § 1367(c), the district courts may decline to exercise supplemental jurisdiction over a related state law claim if:

> (1) the claim raises a novel or complex issue of state law,
> (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction,
> (3) the district court has dismissed all claims over which it has original jurisdiction, or
> (4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction.

28 U.S.C. § 1367(c). Here, none of the four enumerated reasons for declining supplemental jurisdiction apply. Plaintiff's state law claims merely restate allegations made under the United States Constitution. There are no novel or complex issues of state law, the state law claims do not predominate over the federal claims, no federal claims have been dismissed at this time, and there are no other compelling reasons for declining supplemental jurisdiction. Therefore, this Court

should exercise supplemental jurisdiction over Plaintiff's state law claims in addition to hearing the federal claims which this Court has original jurisdiction.

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/*Kevin A. McQuillan*
      James E. Tamm
      Kevin A. McQuillan (P79083)
**Attorneys for Defendant Village of Sebewaing**
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200; (313) 961-0388 Fax
Dated: April 25, 2023      kmcquillan@kerr-russell.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties registered with ECF, through their counsel of record.

/s/*Kevin A. McQuillan*
Attorney for Defendant Village of Sebewaing
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
Dated: April 25, 2023      kmcquillan@kerr-russell.com

# EXHIBIT A

A TRUE COPY

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 52nd JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | SUMMONS | 2023-105859 -CZ |

**Court address**
250 East Huron Avenue, Room 201, Bad Axe, Michigan 48413

**Court telephone no.**
989-269-7112

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| Jerry & Jennifer Spence c/o Plaintiffs' counsel | v | Village of Sebewaing, a Public Municipal Entity, 222 North Center Street Sebewaing, Michigan 48759 989.883.9367 |

Plaintiff's attorney, bar no., address, and telephone no.
Mark W. Sadecki (P57069)
Brian D. Harrison (P58513)
P.O. Box 310
Davisburg, Michigan 48350
248.328.1300

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| SUMMONS |
|---|

NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons and a copy of the complaint to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 4/4/2023 | 7/5/2023 | LORI S. NEAL |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   SUMMONS

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons** (3/23)

Case No. ___2023-\05859__ -CZ

<div align="center">

**PROOF OF SERVICE**

</div>

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div align="center">

**CERTIFICATE OF SERVICE / NONSERVICE**

</div>

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

<div align="center">

**ACKNOWLEDGMENT OF SERVICE**

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____
Attachments (if any)                          Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

A TRUE COPY

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF HURON

| | |
|---|---|
| JERRY SPENCE,<br>JENNIFER SPENCE, | Case No.: 2023-105859-CZ<br>Judge: Hon. |
| Plaintiffs, | : |
| | : **PLAINTIFFS' COMPLAINT** |
| *-vs-* | : |
| | : |
| VILLIAGE OF SEBEWAING,<br>a public municipal entity,<br>HURON COUNTY,<br>a public municipal entity,<br>jointly and severally, | :<br>:<br>:<br>:<br>: |
| | : |
| Defendants. | :<br>: |

SADECKI & ASSOCIATES, P.L.L.C.
By: Mark W. Sadecki (P57069)
     Brian D. Harrison (P58513)
Attorneys for Plaintiffs
P.O. Box 310
Davisburg, Michigan 48350-0310
248.328.1300
msadecki@saalaw.net
bharrison@saalaw.net

## PLAINTIFFS' COMPLAINT

THERE IS NO OTHER CIVIL ACTION BETWEEN THESE PARTIES ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT PENDING IN THIS COURT, NOR HAS ANY SUCH ACTION BEEN ASSIGNED TO ANY JUDGE IN THIS DISTRICT. MCR 2.113(C)(2).

NOW COME PLAINTIFFS, JERRY and JENNIFER SPENCE, husband and wife, by and through their attorneys SADECKI & ASSOCIATES, PLLC, by Mark W. Sadecki, and for their Complaint, state unto this Honorable Court, the following:

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

<u>NATURE OF THE CASE</u>

Plaintiffs, Jerry Spence and Jennifer Spence (sometime collectively referred to herein as "Plaintiffs Spence") filed this action against Defendants Village of Sebewaing and Huron County (sometimes collectively referred to herein as "Defendants) based upon Defendants' unlawful denial of several of Plaintiffs Spence's state and federal constitutional rights.  Defendants' actions and/or inactions, have deprived Plaintiffs Spence of a vested property interest.

Plaintiffs Spence submitted zoning and building permit applications, which were approved by Defendants, and Plaintiffs Spence relied upon their approved Building and Zoning Permits with investment backed expectations, i.e., partial construction of their home.  Remarkably, Defendants unlawfully refused to extend Plaintiffs Spence's Building and Zoning Permits, ostensibly because Defendants unilaterally made a mistake in approving Plaintiffs Spence's building and zoning permits which Defendants now contend do not comply with previous or subsequent ordinances relating to set-back requirements.

Incredibly, Defendant Village of Sebewaing then unlawfully forced Plaintiffs Spence to seek a zoning appeal of their request to extend Plaintiffs Spence's Zoning Permit, and seek a variance relating to the alleged ordinances relating to set-back requirements.  Not surprisingly, Defendants summarily and unlawfully denied Plaintiffs Spence's zoning appeal and variance requests.  Adding insult to injury, Defendant Village of Sebewaing stated the reason for the zoning appeal denial was because "the appeal is not timely as the planning commission did not deny the zoning permit."  However, as of this Complaint, Defendant Village of Sebewaing's Planning Commission has not provided Plaintiffs Spence with any decision about Plaintiffs Spence's zoning permit. Rather, Defendant Village of Sebewaing refuses to consider any further information submitted by Plaintiffs Spence, and informed the Plaintiffs that the Village of Sebewaing "considers this matter closed."

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

For these reasons, and the reasons set forth herein, Plaintiffs Spence seeks compensatory, actual, incidental, consequential, exemplary, punitive, and other damages as allowed by law, in excess of $25,000, plus costs and attorney fees, based upon Defendants' unlawful denial of several of Plaintiffs Spence's state and federal constitutional rights in unlawfully depriving Plaintiffs Spence a vested property interest. In addition, due to the Defendants' intentional, continuing, and systematic unlawful conduct in obstructing Plaintiffs Spence's construction of their home on their property, Plaintiffs seek immediate equitable relief temporarily and permanently restraining Defendants against committing further unlawful and unconstitutional acts against the rights of Plaintiffs Spence, and the public, either by injunction or by superintending control over Defendants.

<u>JURISDICTION AND VENUE</u>

1. Plaintiffs Jerry Spence and Jennifer Spence, husband and wife, are residents of the state of Washington, doing business in Huron County.

2. Defendant Township of Sebewaing is a municipal entity located and doing business in Huron County.

3. Defendant Huron County is a municipal entity located and doing business in Huron County.

4. The property at issue in this Complaint is owned by Plaintiffs Spence and is located in the Village of Sebewaing, County of Huron, state of Michigan, and is commonly known as 648 Davis Road, Sebewaing, Michigan 48759. The legal description of the Property is described as follows:

> A parcel of land being in and part of Government Lot 2, Fractional Section 7, T15N-R09E, Sebewaing Township, Huron County, Michigan described as: Commencing at the Southeast corner of Lot 1, Sebewaing Bay Sub'd, as recorded in Liber 5 of Plats, page 4, Huron County Records; thence S 58° 39' 13" E, 383.80 feet to the Point of Beginning of this description; thence N 03° 37' 51" E, 106.90 feet; thence S 53° 44' 12" E along the intermediate traverse line of the Sebewaing River, 86.64 feet; thence S 03° 37' 51" W, 98.65 feet; thence N 58° 39'13" W along the centerline of Davis

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Street, 8250 feet to the Point of Beginning. This parcel contains 0.17 acres of land to the intermediate traverse line including all land lying North of the intermediate traverse line to the shore of Sebewaing River.  Subject to easements, restrictions, and rights or way of record.

5.    Venue and jurisdiction are proper under MCL §§ 600.605; 600.1605; 600.1615; and 600.162.

6.    This Court has jurisdiction over this matter because the amount in controversy exceeds $25,000, exclusive of interests and costs, and Plaintiffs Spence seek equitable relief.

<u>COMMON ALLEGATIONS</u>

7.    Plaintiffs Spence, husband and wife,  are residents of the state of Washington.

8.    Plaintiff Jerry Spence is self-employed in the state of Washington as a builder and developer.  Plaintiff Jerry Spence has built dozens of homes and is heavily invested in the business of real estate.

9.    Plaintiff Jerry Spence primarily works with Kelle Ingham of Chelladek Studios, a professional designer, who handles all of his designs, drawings, and permitting of site plans to the jurisdiction.

10.    In 2015, Plaintiffs Spence purchased a small lot located at 648 Davis Street in Sebewaing, Michigan. (their "Subject Property") Plaintiffs Spence purchased the Subject Property to build a small home on their Subject Property because its location was within short traveling distance to multiple family members residing in the area.

11.    In October 2015, Plaintiffs Spence hired Case Surveying, located in Bad Axe, Michigan, to complete a survey of their Subject Property which was completed on November 10, 2015. Plaintiffs Spence forwarded the survey to Ms. Ingham of Chelladek Studios on November 11, 2015. Ms. Ingam promptly began her design work for Plaintiffs Spence's new home. (<u>Exhibit A</u>)

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

12.     Since their Subject Property is waterfront property on the Sebewaing River, and therefore, partly within its flood plain, Plaintiffs Spence had to go through the LOMA process. The LOMA application process is technical so they hired The Spicer Group, which is a group of engineers, surveyors, and planners, to complete the application for them. The Spicer Group was retained on August 3, 2016. (Exhibit B)

13.     On August 9, 2016, Ms. Ingham of Chelladek Studios provided the first preliminary site plan for Plaintiffs Spence's new home on their Subject Property. (Exhibit C)

14.     On September 28, 2016, Plaintiffs Spence provided their proposed site plan, TOPO, and survey to Defendant Village Sebewaing. (Exhibit D)

15.     On October 20, 2016, Defendant Village of Sebewaing notified Plaintiffs Spence that the zoning inspector was ready for them to complete the zoning application. They also advised that a building permit would be needed. (Exhibit E)

16.     On October 24, 2016, Plaintiffs Spence received approval of their Soil Erosion Permit from Huron County Building and Zoning. (Exhibit F)

17.     On January 3, 2018, The Spicer Group advised Plaintiffs Spencer they did not need a permit from the MDEQ for construction within the floodplain of the Sebewaing River. (Exhibit G)

18.     On March 28, 2018, Ms. Ingham of Chelladek Studios completed the final site plan, building plans, and engineering, which was sent via email and U.S. Mail to Mark Epperson of Defendant Huron County's Building Department, along with the building application. (Exhibit H)

19.     On March 22, 2018, Plaintiff Spence submitted their Building Permit Application to Defendant Huron County's Planning, Building, and Zoning Department. (Exhibit I)

20.     On March 29, 20118, Plaintiffs Spence submitted their Zoning Permit Application to Defendant Village of Sebewaing. (Exhibit J)

Sadecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

21.     On April 2, 2018, Defendant Village of Sebewaing approved Plaintiffs Spence's Zoning Permit. (Exhibit K)

22.     On April 23, 2018, Defendant Huron County approved Plaintiffs Spence's Building Permit. (Exhibit L)

23.     On July 24, 2018, Plaintiffs Spence informed Defendant Huron County they could not commence construction in 2018 due to budgeting issues, and inquired how long their Building Permit would remain active. Defendant Huron County responded that Plaintiffs Spence's Building Permit was good for one year and may stay open longer with ongoing activity. (Exhibit M)

24.     On March 19, 2019, Plaintiffs Spence received a soil and erosion permit extension. (Exhibit N)

25.     On July 7, 2019, Plaintiffs Spence applied for the sewer permit with Defendant Village of Sebewaing. (Exhibit O)

26.     On July 9, 2019, Mr. Spence received a quote from TNA Excavating and Concrete to excavate and complete the foundation for $18,500.00. (Exhibit P)

27.     In August 2019, Plaintiffs Spence began construction, and by September 2019, excavation was complete, the foundation was formed and poured, and all inspections were complete and signed off by the proper agencies. (Defendants are in possession of all inspection documents)

28.     Plaintiffs Spence had planned to build their home in phases, completing the foundation by Fall of 2019, the frame the structure in Summer of 2020, and dry and finish the structure in 2021. Unfortunately, due to the two-year plus Covid-19 Pandemic, the governmental restrictions placed on travel and construction forced significant delays in construction.

29.     On April 1, 2020, Plaintiffs Spence Plaintiffs informed Defendant Huron County they could not continue construction in 2020 due to the travel restrictions, lock-down orders, and overall economic impact stemming from the Covid-19 Pandemic, and inquired about requirements

Sudecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

to keep their Building Permit active for construction to resume in the Spring of 2021. Defendant Huron County responded that Plaintiffs Spence's Building Permit would remain open, and if a renewal fee was required, Defendant Huron County would contact Plaintiffs Spence. (Exhibit Q)

30.     On February 18, 2021, Plaintiff's Spence sought an extension to their Building Permit from Defendant Huron County based on the Covid-19 Pandemic to allow for construction to resume in the spring of 2022, which Huron County approved. (Exhibit R)

31.     In November 2021, Plaintiffs' Spence inquired with the Defendant Village of Sebewaing whether Plaintiffs Spence could park their recreational vehicle ("RV") on their property to live in while construction was completed. (Exhibit S)

32.     Defendant Village of Sebewaing responded by denying Plaintiffs Spence's RV Usage (citing to Section 711.20 of the Village of Sebewaing Ordinance) and remarkably, informed Plaintiffs Spence that their village and county level building permits expired requiring Plaintiffs Spence to re-apply. (Exhibit S)

33.     In December 2021, Plaintiffs Spence purchased another property in the Village of Sebewaing, with a residence already present, to continue the construction of their Subject Property as soon as the weather permitted in the Spring of 2022.

34.     On February 11, 2022 Plaintiff's Spence inquired with Defendant Huron County whether their Building Permit and Soil Erosion Permit were active, which Defendant Huron County confirmed were active. (Exhibit T)

35.     On February 15, 2022 at 8:33 a.m., Mr. Matt Bumhoffer, Zoning Administrator of Defendant Village of Sebewaing notified Plaintiffs Spence that their re-application for a Zoning Permit "did not meet the deadline for the Planning Commission Meeting," which deadline was February 8, 2022; however, Mr. Matt Bumhoffer admitted that he wasn't informed of the missed deadline until February 13, 2022, and since he wasn't working on February 14, 2022, he informed Plaintiff Spence on February 15, 2023 at 8:33 a.m. Mr. Matt Bumhoffer informed Plaintiffs

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Spence that the next Planning Commission meeting would be in March, date and time to be determined. (Exhibit U)

36.    A mere two (2) hours later  at 10:40 a.m. on February 15, 2022, Plaintiffs Spence received an email from  Mr. Jeff Smith, Director of Building of Defendant Huron County stating:

> *"Mr. and Mrs. Spence,*
>
> *You have previously inquired about the status of the construction permits for 648 Davis Street, Sebewaing, MI.  Mr. Epperson reviewed the electronic software permit file, and stated the permits were active.  However, there has been no activity on the construction site since August 1, 2019.  The original building permit was issued on April 23, 2018 and was extended one time in March 2019.  The building permit and soil erosion permit has thus been terminated as of today, February 15, 2022, due to no activity and no request for inspection for a time period exceeding 180 days.  We are also aware that the Village of Sebewaing expired the original site permit.  Sebewaing has advised us that you are working to secure a new site permit.*
>
> *Once you have the new revised site approval from Sebewaing Village (that includes approval of the sump pump/crawlspace foundation enclosure being located only 1ft 2" from the east boundary property line and approval of the front yard setback being essential (sic) zero (0) feet, as currently the front wall of the house foundation is constructed at the 20ft Road Right-of-Way Line), we can then work with you both on issuing new building and soil erosion construction permits that are accurate to what is being constructed on your property. We will be issuing a refund in the amount of $314 for the remaining unused portion of the 2018 building permit fee.*
>
> *Let me know if you have any additional questions.*  (Exhibit V)

37.    On March 15, 2022, Plaintiffs Spence attended Defendant Village of Sebewaing's Planning Commission meeting wherein the Planning Commission summarily denied reinstatement of Plaintiff Spence's Zoning Permit based upon the alleged non-compliance with the Village of Sebewaing's Zoning Ordinances regarding the front set-back, despite agreeing that if Plaintiffs' Spence could prove the front set-back complied with the original approved Zoning Permit, then Plaintiffs Spence's Zoning Permit would be approved.

38.    During the next month, Plaintiffs Spence provided proof of compliance with the original approved Zoning Permit related to the front yard set-back with help from Plaintiffs

Sadecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Spence's designer, Kelle Ingham; however, Defendant Village of Sebewaing ignored such compliance, and instead, argued that the front-yard set-back approved by Plaintiff Spence's original Zoning Permit contradicted the then current Zoning Ordinance and the amended Zoning Ordinance effective after Plaintiff Spence's original Zoning Permit was approved. (Exhibit W)

39.    On April 25, 2022 at 9:43 a.m., Plaintiffs Spence attempted once more to obtain cooperation and direction from Defendant Village of Sebewaing to proceed:

> *"Good morning Matt: I did receive the zoning from when my lot was permitted and sent to my designer for her analysis. You can read her comments below. Before I go further, I need to know what the Village "wants." The zoning board approved my zoning application and we moved forward. Foundation was put in and set to the get built this spring/summer. (I even bought another house to live in while I built, as the Village would not allow me to stay on my lot in town while building my house.) As it sits now, I already a month behind schedule and have lost the framer I was going to use to get this framed up. I need direction from the Village for a solution and a path to finish my house.*
> *Thanks, Jerry Spence."* (Exhibit W)

40.    About 2 hours later on April 25, 2022 at 11:46 a.m., Mr. Matt Bumhoffer from Defendant Village of Sebewaing responded to Plaintiffs Spence's email of that same date (Exhibit W) simply directing Plaintiffs Spence to Defendant Village of Sebewaing's Zoning Board of Appeals.

41.    On April 27, 2022, Plaintiffs Spence submitted their Village of Sebewaing Application for Zoning Board of Appeals. (Exhibit X)

42.    On May 29, 2022, Defendant Village of Sebewaing Zoning Board of Appeals held a hearing on Plaintiffs Spence's Village of Sebewaing Application for Zoning Board of Appeals wherein Defendant Village of Sebewaing Zoning Board of Appeals ruled on two (2) issues: Plaintiff Spence's alleged Zoning Compliance Permit; and Variance Request. (Exhibit Y)

43.    Defendant Village of Sebewaing's Zoning Board of Appeals held that (1) "[t]he zoning compliance permit was denied because "the appeal is not timely as the planning commission did not deny the zoning permit"; and (2) the variance request was denied because

Sadecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Plaintiff Spence allegedly failed to meet of conditions in Defendant Village of Sebewaing's Zoning Ordinances for variances based primarily on the alleged front-yard setback issue.

44.     Interestingly, Mr. Matt Bumhoffer from Defendant Village of Sebewaing testified at the May 29, 2022 Defendant Village of Sebewaing's Zoning Board of Appeals hearing that that Plaintiffs Spence's Zoning Application was "still pending." (Exhibit Y)

45.     Further, Defendant Village of Sebewaing's Zoning Board of Appeals held that Plaintiffs Spence's Zoning Application was denied because "the appeal is not timely as the planning commission did not deny the zoning permit due to the issue being tabled for Mr. Spence to provide a survey of the property and present his findings after reviewing the setbacks." (Exhibit Y)

46.     Astonishingly, during the hearing, and in response to public comment questioning approval of both Plaintiff Spence's 2017 Defendant Village of Sebewaing's Zoning Permit and Defendant Huron County's Building Permit, Defendant Village of Sebewaing's Zoning Board of Appeals (1) misrepresented that Plaintiff Spence's "site plan was different than what was built;" (2) blamed the approval on a previous "Zoning Administrator and Village President;" and (3) blamed Defendant Huron County for lacking sufficient manpower to "verify all of the individual ordinances, like the Village of Sebewaing":

> *"Amy McBrayer asked about the permit approved in 2017. Answered the site plan was different than what was built. How did it get approved? Answered there was a different Zoning Administrator and Village President when the original zoning application was approved. How did the Huron Co. building (sic) approve the building permit? Answered: it is unknown who approved the building permit at the county level. The County does not have the manpower to verify all of the individual ordinances, like the Village of Sebewaing, in the County. They may have figured if the village (sic) approved the zoning application, it was acceptable. Mrs. McBrayer appreciated the explanations."*
> (Exhibit Y)

47.     On July 20, 2022, Plaintiffs Spence sent a survey of the property to Mr. Matt Bumhoffer of Defendant Village of Sebewaing demonstrating compliance with their original

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Zoning Permit, Building Permit, and attached Site Plan. Plaintiffs Spence also acknowledged, and agreed to move, the portion of their driveway that appears to encroach on the neighbor's property. (Exhibit Z)

48.     On July 27, 2022, Mr. Matt Bumhoffer of Defendant Village of Sebewaing simply forwarded, instead of responding, Plaintiffs Spence's July 20, 2022 email containing Plaintiffs Spence's survey to Defendant Village of Sebewaing's general office email. (Exhibit AA)

49.     On July 29, 2022, Ms. Dena Kish Clerk of Defendant Village of Sebewaing, responded to Plaintiffs Spence's July 20, 2022 email containing Plaintiffs Spence's survey by simply referring Plaintiffs Spence to the minutes from the June 18, 2023 Defendant Village of Sebewaing's Zoning Board of Appeals and sections of Defendant Village of Sebewaing's Code of Ordinances related to filing an appeal to Defendant Village of Sebewaing's Zoning Board of Appeals; however, Ms. Dena Kish then stated:

> *"An appeal to the Zoning Board of Appeals decision has not been received by the Village of Sebewaing within the ten day requirement. Another application for appeal cannot be resubmitted for a period of one year. The Village of Sebewaing considers this matter closed."* (Exhibit AA)

50.     Notably, Defendant Village of Sebewaing simply abandoned, without notice or hearing, any further consideration by Defendant Village of Sebewaing's Planning Commission of Plaintiffs Spence's pending reinstatement of their Zoning Permit which Defendant Village of Sebewaing admitted was "tabled for Mr. Spence to provide a survey of the property and present his findings after reviewing the setbacks" even though Plaintiffs Spence provided the Village of Sebewaing with a survey demonstrating compliance with their original Zoning Permit which Zoning Permit Plaintiffs Spence relied upon in beginning construction on the Property. (Exhibit Z)

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

51.     Plaintiffs Spence seeking any further administrative proceedings would be futile and nothing more than a formality. *L & L Wine & Liquor Corp v Liquor Control Comm'n*, 274 Mich App 354, 358; 733 NW2d 107 (2007)

COUNT I –
TEMPORARY TAKING

52.     Plaintiffs Spence repeat and reallege each and every allegation contained in paragraphs 1 through 51 as though fully set forth herein.

53.     The Fifth Amendment of the United States Constitution and Art. 10, § 2 of the Michigan Constitution prohibit governmental taking of private property without just compensation. In *Armstrong v United States*, 364 US 40, 49, 80 SCt 1563, 4 LEd2d 1554 (1960), the United States Supreme Court stated that the "Fifth Amendment's guarantee ... [is] designed to bar Government from forcing some people alone to bear public burdens which, in all fairness and justice, should be borne by the public as a whole."

54.     As the Michigan Supreme Court has explained, in *Electro–Tech, Inc v HF Campbell Co*, 433 Mich 57, 68, 445 NW2d 61 (1989):

> "*a taking may occur where a governmental entity exercises its power of eminent domain through formal condemnation proceedings, see, e.g. Berman v Parker, 348 US 26; 75 S Ct 98; 99 L Ed 27 (1954) (Fifth Amendment taking), or where a governmental entity exercises its police power through regulation which restricts the use of property, see Pennsylvania Coal Co v Mahon, 260 US 393, 415; 43 S Ct 158 [160]; 67 L Ed 322 (1922) (this claim may be framed as a Fifth Amendment taking or as a Fourteenth Amendment 'due process' type taking).*"(See Bevan v Brandon Twp, 438 Mich 385, 389 – 90, 475 NW2d 37, 40 (1991)"

55.     Governmental action may result in a "temporary" regulatory taking. *Penn Central Transp Co v New York City*, 438 U.S. 104, 124; 98 S Ct 2646; L Ed 2d 631 (1978); *Poirier v Grand Blanc Twp*, 167 Mich App 770, 776-777; 423 NW2d 351 (1988)

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

56.     Defendants Village of Sebewaing and Huron County have systematically and intentionally taken unlawful measures against Plaintiffs Spence beyond mere regulation and have effectuated a taking of Plaintiffs Spence's constitutionally protected property interests.

57.     Plaintiffs Spence have reasonable investment-backed interests with which Defendants Village of Sebewaing and Huron County have substantially interfered through Defendants Village of Sebewaing's and Huron County's intentional, continuing, and systematic attempt to obstruct Plaintiffs' Spence's construction of their home on their Subject Property.

58.     Defendants Village of Sebewaing's and Huron County's calculated and intentional attempts to delay, block, and obstruct construction of their home on their Subject Property, including Plaintiffs Spence's Zoning Application and Permit, Building Application and Permit, Variance Request and/or Zoning Appeal have been extraordinary, arbitrary, unlawful, and exceeded any normal permit process.

59.     The unlawful conduct of Defendants Township of Sebewaing and Huron County has had a significant economic impact on Plaintiffs Spence, which impact continues and grows.

60.     The unlawful actions of Defendants Township of Sebewaing and Huron County are contrary to law under the US and Michigan Constitutions, and Plaintiffs Spence are entitled to just compensation for the temporary and/or permanent taking of their property.

## COUNT II –
## VIOLATION OF SUBSTANTIVE DUE PROCESS

61.     Plaintiffs Spence repeat and reallege each and every allegation contained in paragraphs 1 through 60 as though fully set forth herein.

62.     Defendants Sebewaing Village's and Huron County's irrational and arbitrary enforcement of their zoning ordinance(s), and Defendants Sebewaing Village's and Huron County's irrational and arbitrary denial of, and/or attempts to delay, block, and obstruct Plaintiffs Spence's construction of their home on their property, including Plaintiffs Spence's Zoning

Sadocki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Application & Permit, Building Application and Permit,  Variance Request and/or Zoning Appeal have denied Plaintiffs Spence substantive due process of law in violation of the Michigan Constitution of 1963, Article I, Section 17 and the Due Process Clause under the Fourteenth Amendment of the U.S. Constitution.

63.     Defendants Village of Sebewaing's and Huron County's  deliberate and arbitrary abuse of government power  has violated Plaintiffs Spence's property rights to substantive due process and caused Plaintiffs Spence to sustain loss and damage.

64.     Defendants Village of Sebewaing's and Huron County's  continuing unlawful denial of Plaintiffs Spence's right to substantive due process of law has caused Plaintiffs Spence to incur irreparable injury, and threatens Plaintiffs Spence with future irreparable injury, for which there is not adequate remedy at law.

<div align="center">

COUNT III –
VIOLATION OF PROCEDURAL DUE PROCESS

</div>

65.     Plaintiffs Spence repeat and reallege each and every allegation contained in paragraphs 1 through 64 as though fully set forth herein.

66.     Under Michigan's Constitution, "[n]o person shall ... be deprived of life, liberty or property, without due process of law." Const. 1963, art 1, § 17. The United States Constitution similarly provides that no state shall "deprive any person of life, liberty, or property, without due process of law [.]" US Const, Am XIV

67.     "[D]ue process in civil cases requires notice of the nature of the proceeding." *Sweet Air Inv, Inc v. Kenney*, 275 Mich App 492, 505, 739 NW2d 656, 663 (2007). Further, "[i]n any proceeding involving notice, due process requires that the notice given be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Id*

Sadecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

68.     Defendant Village of Sebewaing denied Plaintiffs Spence procedural due process by abandoning, without notice or hearing,  any further consideration by Defendant Village of Sebewaing's  Planning Commission of Plaintiffs Spence's pending reinstatement of their Zoning Permit, even though Defendant Village of Sebewaing admitted such was  "tabled for Mr. Spence to provide a survey of the property and present his findings after reviewing the setbacks," and even though Plaintiffs Spence provided the Village of Sebewaing with a survey demonstrating compliance with their original Zoning Permit which Zoning Permit Plaintiffs Spence relied upon in beginning construction on their Subject Property.

69.     Defendants Village of Sebewaing and Huron County denied Plaintiffs Spence procedural due process by their irrational and arbitrary enforcement of their zoning ordinance(s), and Defendant Sebewaing Village's and Defendant Huron County's irrational and arbitrary denial of, and/or attempts to delay and block Plaintiffs Spence's construction of their home on their property, including Plaintiffs Spence's Zoning Application and Permit, Building Application and Permit,  Variance Request and/or Zoning Appeal.

70.     Defendants Village of Sebewaing's  and Huron County's violation of Plaintiffs Spence's procedural due process rights has caused Plaintiffs Spence to sustain loss and damage.

71.     Defendants Village of Sebewaing's and Huron County's continuing unlawful denial of Plaintiffs Spence's right to procedural due process of law has caused Plaintiffs Spence to incur irreparable injury, and threatens Plaintiffs Spence with future irreparable injury, for which there is not adequate remedy at law.

<div align="center">

COUNT IV –
VIOLATION OF THE FAIR AND JUST TREATMENT CLAUSE
</div>

72.     Plaintiffs Spence repeat and reallege each and every allegation contained in paragraphs 1 through 71 as though fully set forth herein.

Sadecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

73.     The fair and just treatment clause of the Michigan Constitution provides "[t]he right of all individuals, firms, corporations, and voluntary associations to fair and just treatment in the course of legislative and executive investigations and hearings shall not be abridged." Const. 1963, art. I, § 1.1(17)

74.     Defendants Village of Sebewaing and Huron County violated Plaintiffs Spence's right to fair and just treatment by Defendants' irrational and arbitrary enforcement of their zoning ordinance(s), and Defendants Sebewaing Village's and Huron County's irrational and arbitrary denial of, and/or attempts to delay, block, and obstruct Plaintiffs' Spence's construction of their home on their property, including Plaintiffs Spence's Zoning Application and Permit, Building Application and Permit, Variance Request and/or Zoning Appeal.

75.     Defendants Village of Sebewaing's  and Huron County's violation of Plaintiffs Spence's fair and just treatment rights have caused Plaintiffs Spence to sustain loss and damage.

76.     Defendants Village of Sebewaing's  and Huron County's violation of Plaintiffs Spence's fair and just treatment rights have caused Plaintiffs Spence to sustain loss and damage.

77.     Defendants Village of Sebewaing's and Huron County's continuing unlawful denial of Plaintiffs Spence's right to fair and just treatment has caused Plaintiffs Spence to incur irreparable injury, and threatens Plaintiffs Spence with future irreparable injury, for which there is not adequate remedy at law.

<center>COUNT V –<br>VIOLATION OF CIVIL RIGHTS</center>

78.     Plaintiffs Spence repeat and reallege each and every allegation contained in paragraphs 1 through 76 as though fully set forth herein.

79.     Plaintiffs Spence possess a valid property interest.

80.     Defendants Village of Sebewaing's and Huron County's unlawful, arbitrary, and unreasonable attempts to delay, block, and obstruct construction of Plaintiffs Spence's home on

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

their Subject Property, including Plaintiffs Spence's Zoning Application and Permit, Building

Application and Permit,  Variance Request and/or Zoning Appeal has deprived Plaintiffs Spence's

rights secured by the U.S. Constitution and laws under the equal protection clause, substantive and

procedural due process clause as guaranteed by the Fourteenth Amendment of the U.S.

Constitution and Article I, Section 2 &17 of the Michigan Constitution, Fair and Just Treatment

Clause,  and the Fifth Amendment of the United States Constitution and Art. 10, § 2 of the

Michigan Constitution

81.     Therefore, Plaintiffs Spence are entitled to relief under 42 USC §1983 and 42 USC

§ 1988, including an award of costs and attorney fees.

<div align="center">

COUNT VI –
SUPERINTENDING CONTROL

</div>

82.     Plaintiffs Spence repeat and reallege each and every allegation contained in

paragraphs 1 through 81 as though fully set forth herein.

83.     Defendants Village of Sebewaing and Huron County have deprived Plaintiffs

Spence of rights protected under the Michigan and U.S. Constitutions by their irrational and

arbitrary enforcement of their zoning ordinance(s), and Defendants Sebewaing Village's and

Huron County's irrational and arbitrary denial of, and/or attempts to delay, block, and obstruct

Plaintiffs Spence's construction of their home on their Subject Property, including Plaintiffs

Spence's Zoning Application and Permit, Building Application and Permit, Variance Request

and/or Zoning Appeal.

84.     Consideration of Plaintiffs Spence's Zoning Application and Permit, Building

Application and Permit, Variance Request and/or Zoning Appeal is not discretionary, and

Defendants Village of Sebewaing and Huron County must consider properly submitted

applications.

Sadecki & Associates, P.L.L.C.
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

85.    A municipal zoning authority is subject to the circuit court's superintending control, *Choe v Flint Charter Twp*, 240 Mich App 662, 615 NW2d 739 (2000); therefore, Defendants Village of Sebewaing and Huron County are subject to superintending control by this Court.

<div align="center">

COUNT VII –
DECLARATORY AND INJUNCTIVE RELIEF

</div>

86.    Plaintiffs Spence repeat and reallege each and every allegation contained in paragraphs 1 through 85 as though fully set forth herein.

87.    Plaintiffs Spence have demonstrated herein an actual case and controversy ripe for, and requiring immediate adjudication by this Court under MCR 2.605(A).

88.    This Court may grant further necessary or proper relief based on a declaratory judgment, after reasonable notice and hearing.

89.    Plaintiffs Spence have demonstrated a likelihood of success on the merits of one or more of their claims detailed and factually supported herein.

90.    Plaintiffs Spence lack an adequate remedy at law to redress the continued harms suffered if this Court does not immediately intervene to prevent such continued harms.

91.    An immediate, preliminary, and provisional restraining order and injunction is necessary to preserve the status quo, and preserve Plaintiffs Spence's constitutional rights.

92.    A balance of the continuing harms to Plaintiffs Spence and to the public interest if the injunctive relief requested is not granted against the harms to Defendants if the requested relief is granted weighs heavily, if not conclusively, in favor of Plaintiffs Spence.

93.    Injunctive relief is necessary to prevent continuing irreparable injury to Plaintiffs Spence.

94.    As further demonstrated, Plaintiff Spence's injunctive relief request will not hurt the public interest, but will serve the public interest which public interest would be harmed if the injunctive relief is not granted.

*Sadecki & Associates, P.L.L.C.*
650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

WHEREFORE, Plaintiffs Spence respectfully request this Honorable Court enter judgment in favor of Plaintiffs Spence, and against both Defendant Village of Sebewaing and Defendant Huron County, awarding the following relief:

(A)    a declaratory judgment decreeing that Defendants' unlawful conduct effected a taking of Plaintiffs Spence's Property, without just compensation, in violation of their rights secured by the Fifth Amendment of the United States Constitution and Art. 10, § 2 of the Michigan Constitution;

(B)    a declaratory judgment decreeing that Defendants' unlawful conduct denied Plaintiffs Spence substantive due process of law;

(C)    a declaratory judgment decreeing that Defendants' unlawful conduct denied Plaintiffs Spence procedural due process of law;

(D)    a declaratory judgment decreeing that Defendants' unlawful conduct violated Plaintiff Spence's rights under the Fair and Just Treatment Clause;

(E)    a declaratory judgment decreeing that Defendants' unlawful conduct violated Plaintiff Spence's rights under the Equal Protection Clause;

(F)    a judgment of compensatory, actual, incidental, consequential, exemplary, punitive, and other damages, as allowed by law, against Defendants in excess of $25,000.00 based upon Defendants violations of Plaintiffs Spence's constitutional rights;

(G)    a judgment of Plaintiffs Spence's costs, interest, and reasonable attorney fees due to deprivation of Plaintiffs Spence's rights secured by the U.S. Constitution and laws as provided in 42 USC §1983 and 42 USC §1988;

(H)    an Order for preliminary and permanent injunction, and/or restraining order, enjoining Defendants from obstructing Plaintiffs Spence's reasonable investment-backed interests with which

Sadecki & Associates, P.L.L.C.

650 Broadway, P.O. Box 310, Davisburg, Michigan 48350-0310 • (248) 328-1300

Defendants Village of Sebewaing and Huron County have substantially interfered through Defendants Village of Sebewaing's and Huron County's intentional, continuing, and systematic unlawful conduct; and

(I)     any other relief that this Honorable Court deems just, equitable, and proper.

Respectfully submitted,

SADECKI & ASSOCIATES, P.L.L.C.

/s/ Mark W. Sadecki
Mark W. Sadecki (P57069)
Brian D. Harrison (P58513)
Attorneys for Plaintiffs Spence

Dated: March 27, 2023

Page 20

# Exhibit A

PHONE (989) 269-9142

LAURENCE J. WADE, P.S.

# CASE SURVEYING
– SINCE 1874 –
P.O. BOX 129 • BAD AXE, MI 48413

Nov. 10        20 15

M    JERRY SPENCE

37513 East Lake Walker Dr. SE

Enumclaw, WA  98022

JOB NO. 10831

| | | | |
|---|---|---|---|
| For a suvey of a parcel of land being in and a part of Gov't Lot 2, Frl.Section 7, T15N-R09E, Sebewaing Twp. Huron County, Michigan | | | |
| 648 Davis Street | | | |
| | TOTAL: | | $ 850.00 |
| | | BAL. DUE | |

Our finance charge on accounts over 30 days is a fixed amount of 1-1/2% per month which is 18% Annual Percentage Rate.

CLELCO PRINTING—BAD AXE 269 131

JOB NO.

# *CERTIFICATE OF SURVEY*

10831

| | | CLIENT: | JERRY SPENCE |
| | | Street: | 37513 East Lake Walker Dr. SE |
| | | City: | Enumclaw, WA 98022 |

| Part of the Gov't Lot 2, Frl.Section 7 | T 15 N-R 09 E | Sebewaing | Twp. | Huron | Co. |

648 Davis Street

DESCRIPTION FOR PARCEL SURVEYED:

A parcel of land being in and a part of Government Lot 2, Fractional Section 7, T15N-R09E, Sebewaing Township, Huron County, Michigan described as:  Commencing at the Southeast corner of Lot 1, Sebewaing Bay Sub'd, as recorded in Liber 5 of Plats, page 4, Huron County Records; thence S58°39'13"E, 383.80 feet to the Point of Beginning of this description; thence N03°37'51"E, 106.90 feet; thence S53°44'12"E along the intermediate traverse line of the Sebewaing River, 86.64 feet; thence S03°37'51"W, 98.65 feet; thence N58°39'13"W along the centerline of Davis Street, 82.50 feet to the Point of Beginning.  This parcel contains 0.17 acres of land to the intermediate traverse line including all land lying North of the intermediate traverse line to the shore of Sebewaing River.  Subject to easements, restrictions, and rights of way of record.

NOTE:
1" steel stakes were placed at points marked thus (o).  Found steel stakes at points marked thus (●).  Bearings were based on Michigan State Plane Coordinates System, South Zone, NAD 83, International Survey Feet.



# Exhibit AA

**Jerry Spence**

| | |
|---|---|
| **From:** | Village of Sebewaing <office@sebewaingmi.gov> |
| **Sent:** | Friday, July 29, 2022 8:27 AM |
| **To:** | Jerry Spence |
| **Cc:** | Matt Bumhoffer; Julie Epperson; Kyle O'Mara |
| **Subject:** | RE: Survey-Davis St. |
| **Attachments:** | Letter – Results - Spence, Jerry - Zoning Board of Appeals with Minutes.pdf; 06-18-12 Minutes.pdf |

Hello Jerry;

In response to your email, please review the attached letter and minutes from the June 18, 2022 Zoning Board of Appeals.  A copy of the Village of Sebewaing, Michigan Code of Ordinances can be reached through this link:
https://sebewaingmi.gov/village-ordinances Section 153 contains the Zoning Ordinances.  Partial excerpts from the Ordinance that <u>may</u> pertain to your appeal are as follows.  Please review to the Ordinance for the full section:

§ 153.124  APPEALS, METHOD FOR TAKING.
(A)    Any appeal from a ruling of the Zoning Administrator or body concerning the enforcement of the provisions of this chapter shall be made to the ZBA <u>within ten days after the date of the Zoning Administrator's decision which is the basis of the appeal</u>.  Any appeal shall be in writing on standard forms.  The Zoning Administrator shall transmit to the Board all documents, or direct copies thereof, constituting the record upon which the action appealed from was taken.  Any appeal to the ZBA shall be accompanied with a payment of a fee established by resolution of the Village Council to cover costs of processing such appeal.

§ 153.033  LOSS OF LEGAL NONCONFORMING STATUS.
If a nonconforming use of land or structure ceases for any reason for a period of one year or more, any reuse of the land or structure must conform to all requirements of this chapter.
(Ord. passed 11-16-2020)

§ 153.126  DUTIES.
(3)    No application for a variance which has been denied wholly or in part by the ZBA shall be <u>resubmitted for a period of one year</u>, from the date of the last denial, except on grounds and newly discovered evidence or proof of changed conditions found upon inspection by the ZBA to be valid.

§ 153.138  AMENDMENT.  Refer to the ordinance for the full explanation.  This chapter discusses the body to which an applicant may appeal a denial.

An appeal to the Zoning Board of Appeals decision has not been received by the Village of Sebewaing within the ten day requirement.  Another application for appeal cannot be resubmitted for a period of one year.  The Village of Sebewaing considers this matter closed.

*Dena Kish, Clerk* | Village of Sebewaing | 989-883-2150 | office@sebewaingmi.gov

**From:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Sent:** Wednesday, July 27, 2022 9:43 AM
**To:** Village of Sebewaing <office@sebewaingmi.gov>
**Subject:** Fwd: Survey-Davis St.

Get Outlook for iOS

1

**From:** Matt Bumhoffer
**Sent:** Thursday, July 21, 2022 8:41:55 AM
**To:** Julie Epperson <Julieepperson6@gmail.com>
**Subject:** FW: Survey-Davis St.

---

**From:** Jerry Spence <jerry@spencerealestate.net>
**Sent:** Wednesday, July 20, 2022 9:49 AM
**To:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Subject:** FW: Survey-Davis St.

Matt- see attached. The foundation has been surveyed and is in compliance with the approved site plan. I have been to the site and yes, the driveway does encroach into neighbor's property. I will run a string line and cut that section of driveway off.

What is the next step? Wait another month or so for the next meeting?

Please let me know. Jerry Spence.

---

**From:** Case Surveying <casesurveying@gmail.com>
**Sent:** Friday, July 15, 2022 8:17 AM
**To:** Jerry Spence <jerry@spencerealestate.net>
**Subject:** Survey

2

# Exhibit B

Fw: Spence Sebewaing Lot

Jennifer Spence <jennifer@spencerealestate.net>
Mon 8/8/2022 10:30 AM
To: briannakurocik@yahoo.com <briannakurocik@yahoo.com>

📎 1 attachments (125 KB)
4506_001.pdf;

---

**From:** Mahoney, Roger P. <rogerm@spicergroup.com>
**Sent:** Thursday, August 18, 2016 4:12 PM
**To:** Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** RE: Spence Sebewaing Lot

Hi Jennifer,

Attached is what we've completed to date.  We haven't added the house yet since we need all the exterior dimensions in order to do so.

It appears that most of the area that you would like to place the house is in the floodplain (Below 584.7) so I'm not sure if you still would like for us to show the house at that location.  Also I noticed that around half the property is in the floodplain and therefore we cannot do a LOMA for the entire parcel since it would get rejected.

Right now we need some direction on how you'd like to proceed with the house location and how to proceed with the LOMA application.

Let us know when you get a chance.

Thank you,

Roger Mahoney | Project Surveyor
SPICER GROUP, INC.
Office: 989-921-5527 | Cell: 989-239-1490
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer*

**From:** Jennifer Spence [mailto:jennifer@spencerealestate.net]
**Sent:** Tuesday, August 16, 2016 12:02 PM
**To:** Mahoney, Roger P. <rogerm@spicergroup.com>
**Subject:** RE: Spence Sebewaing Lot

Go ahead and add it.  Thanks.

Jennifer Spence
425-647-9007
***Sent from my smartphone. Please excuse any brevity or error.

-------- Original message --------

From: "Mahoney, Roger P." <rogerm@spicergroup.com>
Date: 8/16/16 6:12 AM (GMT-08:00)
To: Jennifer Spence <jennifer@spencerealestate.net>
Subject: RE: Spence Sebewaing Lot

Thanks Jennifer.

Do you need for us to add the proposed house location?  Or are you going to do it yourself once we send you the electronic file?

Thanks

Roger Mahoney | Project Surveyor
SPICER GROUP, INC.
Office: 989-921-5527 | Cell: 989-239-1490
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer*

From: Jennifer Spence [mailto:jennifer@spencerealestate.net]
Sent: Tuesday, August 09, 2016 12:00 PM
To: spencedevelops@gmail.com; Taylor, Jennifer L. <jennyt@spicergroup.com>
Cc: Mahoney, Roger P. <rogerm@spicergroup.com>
Subject: RE: Spence Sebewaing Lot

Hi Roger,

Please see attached our proposed site plan.

Thanks.  Jennifer & Jerry

From: spencedevelops@gmail.com [mailto:spencedevelops@gmail.com]
Sent: Wednesday, August 03, 2016 8:04 AM
To: 'Taylor, Jennifer L.'
Cc: 'Mahoney, Roger P.'
Subject: RE: Spence Sebewaing Lot

Good Morning.

See attached signed agreement.  Hard copy of survey is going in the mail this morning, along with the 50% deposit.

Our designer has asked that the Cad version be-Autocad 2010 or earlier.

Thank much.  Jerry and Jennifer Spence.


Spence Develop, Ltd.
Jerry Spence-President
37513 East Lake Walker DR SE
Enumclaw, WA
98022
425-766-5501
spencedevelops@gmail.com

12/21/22, 11:35 AM                                   Mail - Jennifer Spence - Outlook



**SPENCEDEVELOP, Ltd.**
**Develop / Build**

ALL SUB-CONTRACTORS: BEFORE YOU START WORK I MUST HAVE A COPY OF YOUR CERTIFICATE OF INSURANCE WITH SPENCE DEVELOP, LTD. AS ADDITIONAL INSURED.

**From:** Taylor, Jennifer L. [mailto:jennyt@spicergroup.com]
**Sent:** Tuesday, August 02, 2016 1:21 PM
**To:** spencedevelops@gmail.com
**Cc:** Mahoney, Roger P.
**Subject:** RE: Spence Sebewaing Lot

Good afternoon,

Attached is the Professional Services Agreement for the survey drawing and LOMA application.

Let us know if you have any questions.

Thank you!

**Jenny Taylor | Project Assistant**
**SPICER GROUP, INC.**
Office: 989-754-4717
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer.*

**From:** Mahoney, Roger P.
**Sent:** Tuesday, August 02, 2016 2:23 PM
**To:** spencedevelops@gmail.com
**Cc:** Taylor, Jennifer L. <jennyt@spicergroup.com>
**Subject:** RE: Spence Sebewaing Lot

Yes, please forward a copy of the signed and sealed that we'll be using in creating a Cadd drawing.  What version of Cadd would you like the drawing in?

Everything seems to be on track as I can see right now.  We'll send out our professional services agreement to you to sign, date, and return to us so we can begin with the LOMA application and the Cadd drawing.

Also, we'll need a deposit for the work.  The agreement states half down which will be $775... ($350 Cadd drawing + $1200 LOMA = $1550).  After you get the agreement you can pay by credit card by calling our office and ask to speak with someone in our accounting department, or you can send a check for the deposit.

We'll use the mailing address as shown on your previous email for corresponding purposes via US Mail.

Thank you,

If you have an questions.
**Roger Mahoney | Project Surveyor**
**SPICER GROUP, INC.**

12/21/22, 11:35 AM                              Mail - Jennifer Spence - Outlook

Office: 989-921-5527 | Cell: 989-239-1490
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer*

From: spencedevelops@gmail.com [mailto:spencedevelops@gmail.com]
Sent: Tuesday, August 02, 2016 12:00 PM
To: Mahoney, Roger P. <rogerm@spicergroup.com>
Cc: Jennifer@spencerealestate.net
Subject: RE: Spence Sebewaing Lot

Roger-  Thanks for the reply.  We have decided to retain your firm for services.

Please move forward with converting our survey to CADD.  Do you need us to mail you a stamped hard copy?

Concerning the LOMA.  We will not have a loan or mortgage.  We plan on building this out of pocket.  However,
for future sale of property we do not want anyone to have to pay for flood insurance, so we want to move
forward with the LOMA.
The boat ramp will stay.  We will not be filling it in.

My wife Jennifer and I will prepare a preliminary site plan in the next day and forward to you.  We are also moving
forward with applying for the zoning permit.  Are we on the right track?

Thank you.  Jerry and Jennifer Spence.




Spence Develop, Ltd.
Jerry Spence-President
37513 East Lake Walker DR SE
Enumclaw, WA
98022
425-766-5501
spencedevelops@gmail.com



SPENCEDEVELOP, Ltd.
Develop / Build


ALL SUB-CONTRACTORS: BEFORE YOU START WORK I MUST HAVE A COPY OF YOUR
CERTIFICATE OF INSURANCE WITH SPENCE DEVELOP, LTD. AS ADDITIONAL INSURED.

From: Mahoney, Roger P. [mailto:rogerm@spicergroup.com]
Sent: Monday, August 01, 2016 5:16 AM
To: spencedevelops@gmail.com
Subject: RE: Spence Sebewaing Lot

Hi Jennifer,

Sorry for the delay on getting back with you, I was out of town for a couple of days.

12/21/22, 11:35 AM                                    Mail - Jennifer Spence - Outlook

To answer some of your questions:

We can provide a Cadd drawing of the previous survey by Case Surveying and the fee will be $350.

You don't have to have a LOMA but that would most likely mean you'll be paying for flood insurance on the structure for at least the length of time of the mortgage. There isn't a way "around" doing a LOMA unless there is no mortgage or loan used for the building the house, but in the event of a flood the homeowner would assume all liability and expenses if there is damage to the structure.

Currently, the FEMA Floodplain map show the property being with the 100 Floodplain with an approximate base flood elevation of 585.00 NAVD88. So with that, I don't believe there are any exemptions outside of not having a mortgage or loan for the property/structure to be built.

You can remove either a portion of the property or the structure provided the current elevations are higher than the published 585.00 elevation.

Regarding the boat ramp, I think your best bet would be to contact the Michigan Department of Environmental Quality (MDEQ) for requirements on filling within a floodplain.

We can prepare the LOMA application and electronically file that for you, that would be included in our service to you in performing a LOMA survey on your property. The cost for us to perform a LOMA Survey on your property will be $1200. This cost will include for us to obtain the ground elevations, prepare a sketch of the property showing either a structure or area of land to be removed from the floodplain, preparing a description of the area of land to be removed, filling out the appropriate forms and submitting the form along with requested attachments required by FEMA.

I hope this helps to answer some of the questions you have. Please let me know if you have additional questions or would like to proceed with the work.

Thanks!

**Roger Mahoney | Project Surveyor**
**SPICER GROUP, INC.**
Office: 989-921-5527 | Cell: 989-239-1490
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer*

From: spencedevelops@gmail.com [mailto:spencedevelops@gmail.com]
Sent: Tuesday, July 26, 2016 2:02 PM
To: Mahoney, Roger P. <rogerm@spicergroup.com>
Cc: jennifer@spencerealestate.net
Subject: Spence Sebewaing Lot

Hi Roger,

Thanks for speaking with me. We would like to get our building plans started soon and need guidance on next steps.

We need help with the following:

- Drafting completed survey (attached) into CAD
- Flood Zone requirements
    - Do we need a LOMA?

12/21/22, 11:35 AM                                    Mail - Jennifer Spence - Outlook

- Is there a way around LOMA?
- Exemptions?
- Do we need to have the entire property out of the flood zone or just a portion?
- As mentioned, we have a (grass/dirt) indentation/boat ramp on the East side of the property (image attached), we would like to fill this is in, however, want to take the path of least resistance
- (attached) a FEMA application my husband started, however, we needed help to finish pages 1, 2, 3 at the back of this document? Do we need this done?

- Establishing building footprint to sit within the setbacks provided on survey and confirmed with the City of Sebewaing

We look forward to receiving a quote for this work.  My direct number is 425-647-9007.

Thanks.  Jennifer

Spence Develop, Ltd.
Jerry Spence-President
37513 East Lake Walker DR SE
Enumclaw, WA
98022
425-766-5501
spencedevelops@gmail.com



ALL SUB-CONTRACTORS: BEFORE YOU START WORK I MUST HAVE A COPY OF YOUR CERTIFICATE OF INSURANCE WITH SPENCE DEVELOP, LTD. AS ADDITIONAL INSURED.

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

# Exhibit C

12/18/22, 2:09 PM                                    Mail - Jennifer Spence - Outlook

## Spence Property – 648 Davis St, Sebewaing River, Huron County – New Construction

Jennifer Spence <jennifer@spencerealestate.net>
Tue 8/9/2016 12:00 PM
To: gmohcrc@yahoo.com <gmohcrc@yahoo.com>
Cc: spencedevelops@gmail.com <spencedevelops@gmail.com>

Hi Gary,

Per our discussion last week I have attached our survey and proposed site plan to show that we will be building out of the right of way.

Please send me a letter to provide to the Village of Sebewaing stating that you will not require a permit for us to build.

Thank you,


Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
37513 E LK Walker DR SE
Enumclaw, WA 98022-9636
425.647.9007

Jennifer@SpenceRealEstate.net
www.SpenceRealEstate.net
www.SpenceRealEstate.net/BLOG

   Testimonials

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT. Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

LAURENCE J. WADE, P.S.                                          PHONE (989) 269-9142



# CASE SURVEYING
– SINCE 1874 –
P.O. BOX 129 • BAD AXE, MI 48413

Nov. 10        20 15

ᴍ     JERRY SPENCE

37513 East Lake Walker Dr. SE

Enumclaw, WA  98022                                    JOB NO. 10831

| | | | | |
|---|---|---|---|---|
| For a suvey of a parcel of land being in and a part | | | | |
| of Gov't Lot 2, Frl.Section 7, T15N-RO9E, Sebewaing | | | | |
| Twp. Huron County, Michigan | | | | |
| | | | | |
| 648 Davis Street | | | | |
| | | | | |
| | | | | |
| | TOTAL: | | $ 850.00 | |

Our finance charge on accounts over 30 days is a fixed amount of 1-1/2% per month which is 18% Annual Percentage Rate.        BAL. DUE ◄

| JOB NO. | **CERTIFICATE OF SURVEY** | CLIENT: | JERRY SPENCE |
|---|---|---|---|
| 10831 | | Street: City: | 37513 East Lake Walker Dr. SE Enumclaw, WA 98022 |

| Part of the Gov't Lot 2, Frl.Section 7 | T 15 N-R 09 E | Sebewaing | Twp. | Huron | Co. |
|---|---|---|---|---|---|

DESCRIPTION FOR PARCEL SURVEYED:                                    648 Davis Street

A parcel of land being in and a part of Government Lot 2, Fractional Section 7, T15N-R09E, Sebewaing Township, Huron County, Michigan described as:  Commencing at the Southeast corner of Lot 1, Sebewaing Bay Sub'd, as recorded in Liber 5 of Plats, page 4, Huron County Records; thence S58°39'13"E, 383.80 feet to the Point of Beginning of this description; thence N03°37'51"E, 106.90 feet; thence S53°44'12"E along the intermediate traverse line of the Sebewaing River, 86.64 feet; thence S03°37'51"W, 98.65 feet; thence N58°39'13"W along the centerline of Davis Street, 82.50 feet to the Point of Beginning.  This parcel contains 0.17 acres of land to the intermediate traverse line including all land lying North of the intermediate traverse line to the shore of Sebewaing River.  Subject to easements, restrictions, and rights of way of record.

NOTE:
½" steel stakes were placed at points marked thus (o).  Found steel stakes at points marked thus (●).  Bearings were based on Michigan State Plane Coordinates System, South Zone, NAD 83, International Survey Feet.



30   15   0   30

B.M.-Bench Mark
Set P.K. in NW face of

12/16/22, 2:10 PM                                    Mail - Jennifer Spence - Outlook

## 648 Davis Street, Sebewaing, Michigan

Kristie Koroleski <kmkoroleski@yahoo.com>
Tue 8/9/2016 2:43 PM
To: Jennifer Spence <jennifer@spencerealestate.net>
Cc: gmohcrc@yahoo.com <gmohcrc@yahoo.com>

Good Afternoon Jennifer~

I have attached a letter from Gary Osminski regarding the 648 Davis Street, Sebewaing, Michigan parcel
that references the Sebewaing River Intercounty Drain Right-of-Way.

If you have any further questions please call our office at 989-269-9320.

Kristie Koroleski
Huron County Road/Drain Clerk
417 S. Hanselman Street
Bad Axe, MI 48413

# Board of County Road Commissioners
## of Huron County

**ROAD
COMMISSIONERS:**
JOHN M. HUNT
BAD AXE

MICHAEL A. POWER
CASEVILLE

ALAN J. McTAGGART
PORT HOPE

MAILING ADDRESS: P.O. BOX 270 • BAD AXE, MI 48413-0270

417 S. HANSELMAN STREET • BAD AXE, MI 48413-0270
TEL: 989-269-6404 • FAX: 989-269-8491

August 9, 2016

Jennifer Spence
Spence Real Estate, PC
37513 E LK Walker DR SE
Enumclaw, WA 98022-9636
    *Via: Jennifer@SpenceRealEstate.net*

RE:  648 Davis Street, Sebewaing, MI

Jennifer:

I have reviewed the certificate of survey and proposed site plan for the above referenced parcel.

Your site plan indicates that the proposed single family residence with attached garage will be outside of the Sebewaing River right-of-way.  Since the proposed construction is outside of the Sebewaing River right-of-way the Sebewaing River Intercounty Board has no jurisdiction.

Respectfully yours,

Gary M. Osminski, P.E.
Huron County Deputy Drain Commissioner and
    Sebewaing River I/C Drain Board Member

cc:  Bob Mantey, Sebewaing River I/C Drain Board Member
     Michael R. Gregg, Sebewaing River I/C Drain Board Chairman
     Duane Dressler, Sebewaing DPW

# Exhibit D

12/16/22, 2:14 PM                                         Mail - Jennifer Spence - Outlook

## 648 Davis St. Sebewaing Zoning

Jennifer Spence <jennifer@spencerealestate.net>
Wed 9/28/2016 3:59 PM
To: office@sebewaingmi.gov <office@sebewaingmi.gov>
Cc: spencedevelops@gmail.com <spencedevelops@gmail.com>;Jennifer Spence
<jennifer@spencerealestate.net>

Hi Scott,

Per our conversation today I have attached our current proposed site plan, topo and survey.

Please let me know if we need to make adjustments.  I am ready to submit all to the Soil Erosion & Sedimentation
Control Department for permitting.  We are also currently working with the Spicer Group to complete LOMA
application.

Thanks for your time and help.  Jennifer.

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
37513 E LK Walker DR SE
Enumclaw, WA 98022-9636
425.647.9007

Jennifer@SpenceRealEstate.net
www.SpenceRealEstate.net
www.SpenceRealEstate.net/BLOG

   Testimonials

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends,
neighbors and co-workers...your referrals are greatly appreciated!!!*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR
USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT.  Do not use, review, distribute or copy this e-mail or any attachments if you
are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and
promptly delete this e-mail.



Spicer Group
230 S. Washington Avenue
Saginaw, MI 48607-1286
TEL (989) 754-4717
FAX (989) 754-4440
www.SpicerGroup.com

SCALE: 1" = 30'

DWG. NO.:A-27610

SKETCH FOR: Jerry Spence
37513 East Lake Walker Drive SE
Enumclaw, WA 98022

DATE: November 10, 2015

SKETCH OF:
A parcel of land being in and a part of Government Lot 2, Fractional Section 7, T.15 N–R.09 E., Sebewaing Township, Huron County, Michigan described as: Commencing at the Southeast corner of Lot 1, Sebewaing Bay Subdivision, as recorded in Liber 5 of Plats, Page 4, Huron County Records; thence S.58°–39'–13"E., 383.80 feet to the Point of Beginning of this description; thence N.03°–37'–51"E., 108.90 feet; thence S.53°–44'–12"E., along the intermediate traverse line of the Sebewaing River, 88.64 feet; thence S.03°–37'–51"W., 98.85 feet; thence N.58°–39'–13"W., along the centerline of Davis Street, 82.50 feet to the Point of Beginning. This parcel contains 0.17 acres of land to the intermediate traverse line including all land lying North of the intermediate traverse line to the shore of Sebewaing River. Subject to easements, restrictions, and rights of way of record.

| DRAWN BY: MJE | PLOT DATE: 11/10/15 | JOB#:123825SG2016 |
| CHECKED BY: RPW | SHEET  1  OF  1 | DWG#: A-27610 |

LAURENCE J. WADE, P.S.

PHONE (989) 269-9142

# *CASE SURVEYING*
### – SINCE 1874 –
P.O. BOX 129 • BAD AXE, MI 48413

Nov. 10                    20 15

M   JERRY SPENCE

37513 East Lake Walker Dr. SE

Enumclaw, WA  98022

JOB NO. 10831

| | | | | | |
|---|---|---|---|---|---|
| | For a suvey of a parcel of land being in and a part | | | | |
| | of Gov't Lot 2, Frl.Section 7, T15N-R09E, Sebewaing | | | | |
| | Twp. Huron County, Michigan | | | | |
| | | | | | |
| | 648 Davis Street | | | | |
| | | | | | |
| | | | | | |
| | | | **TOTAL:** | | $ 850.00 |

Our finance charge on accounts over 30 days is a fixed amount of 1-1/2% per month which is 18% Annual Percentage Rate.

BAL. DUE

CLOUKO PRINTERS - BAD AXE, MI? 1/02

JOB NO.

**CERTIFICATE OF SURVEY**

10831

| CLIENT: | JERRY SPENCE |
| Street: | 37513 East Lake Walker Dr. SE |
| City: | Enumclaw, WA  98022 |

| Part of the Gov't Lot 2, Frl.Section 7 | T 15 | N-R 09 E | Sebewaing | Twp. | Huron | Co. |

648 Davis Street

DESCRIPTION FOR PARCEL SURVEYED:

A parcel of land being in and a part of Government Lot 2, Fractional Section 7, T15N-R09E,
Sebewaing Township, Huron County, Michigan described as:  Commencing at the Southeast
corner of Lot 1, Sebewaing Bay Sub'd, as recorded in Liber 5 of Plats, page 4, Huron County
Records; thence S58°39'13"E, 383.80 feet to the Point of Beginning of this description;
thence N03°37'51"E, 106.90 feet; thence S53°44'12"E along the intermediate traverse line of
the Sebewaing River, 86.64 feet; thence S03°37'51"W, 98.65 feet; thence N58°39'13"W along
the centerline of Davis Street, 82.50 feet to the Point of Beginning.  This parcel contains
0.17 acres of land to the intermediate traverse line including all land lying North of the
intermediate traverse line to the shore of Sebewaing River.  Subject to easements,
restrictions, and rights of way of record.

NOTE:
½" steel stakes were placed at
points marked thus (o).  Found
steel stakes at points marked
thus (●).  Bearings were based
on Michigan State Plane Coordinates
System, South Zone, NAD 83,
International Survey Feet.



B.M.-Bench Mark
Set P.K. in NW face of

30   15   0      30



# Exhibit E

## Fw: 648 Davis St. Sebewaing Zoning

Jennifer Spence <jennifer@spencerealestate.net>
Mon 8/8/2022 10:28 AM
To: briannakurocik@yahoo.com  <briannakurocik@yahoo.com>

**From:** Village of Sebewaing <office@sebewaingmi.gov>
**Sent:** Wednesday, September 28, 2016 4:06 PM
**To:** Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** Read: 648 Davis St. Sebewaing Zoning

Your message

  To: Village of Sebewaing
  Subject: 648 Davis St. Sebewaing Zoning
  Sent: Wednesday, September 28, 2016 3:59:25 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Wednesday, September 28, 2016 4:06:20 PM (UTC-05:00) Eastern Time (US & Canada).

# Exhibit F

Permit

## *Application for Sewer Connection*

### VILLAGE OF SEBEWAING

№  1017

### SEWAGE DISPOSAL SYSTEM

Date Issued _____

OWNER _*SPENCE*_ _____ 37513 E, LK, WALKER DR SE
            NAME            ENUMCLAW, WA 98022  425-766—
                      PRESENT ADDRESS          PHONE 5501

Address where connection is to be made 648 DAVIS ST · SEBEWAING

To Be Paid With Application

    Permit Fee ——————— $25.00        _____
                                   Signature of Owner or Contractor

    Inspection Fee ——————— $10.00       _TNA-EX, INC_
                                     Name of Installing Contractor

           Total $35.00

Date of Pre-construction Inspection _8/7/19_   Matt Bu_____
    Approved ☒    Disapproved ☐            Inspector's Signature

Date of Final Construction Inspection _____
    Approved ☐    Disapproved ☐            Inspector's Signature

| Huron Co. Building & Zoning | Office: (989) 269-9288 | SOIL ERO PERMIT : | 16001915 |
|---|---|---|---|
| 250 E Huron Ave | Fax: (989) 269-1302 | DATE ISSUED : | 10/24/2016 |
| County Building, Room 102 | | RECEIPT NO : | 52861 |
| Bad Axe, MI 48413 | | PAY METHOD: CC 10/21/MB | |

| JOB ADDRESS: | DAVIS, 648 | WORK CLASS: | EXCAVATION/FILL |
|---|---|---|---|
| MUNICIPALITY: | SEBEWAING VILLAGE | USE TYPE: | RESIDENTIAL GENERAL |
| | | PROP NO: | 3239-007-075-00 |

THIS PERMIT IS ISSUED PURSUANT TO PART 91, P.A. 451, 1994 SOIL EROSION AND SEDIEMNTATION CONTROL FOR THE FOLLOWING ACTIVITY,  SUBJECT TO GENERAL RULES OF THE ACT, LOCAL ORDINANCES, AND SPECIFIC CONDITIONS OF THIS PERMIT.

| ACTIVITY: | SINGLE FAMILY RESIDENTIAL CONSTRUCTION |
|---|---|
| START DATE: | 04/01/2017 |
| COMPLETION DATE: | 10/31/2017 |
| PERMIT EXPIRATION DATE: | 10/03/2016 |
| SUPERVISOR & PHONE #: | JERRY SPENCE; PHONE #: 425-647-9007 |
| SPECIFIC INSTRUCTIONS: | HAVE SILT FENCE IN PLACE PRIOR TO ACTIVITY.  FILL NOT TO AFFECT NEIGHBORING PROPERTIES SEE ATTACHED |

| ON-SITE RESPONSIBLE PERSON | (425)  766-5501 | BASE: | 100 |
|---|---|---|---|
| | | EQUIP FEE: | 0 |
| | | VIOLATION: | 0 |
| SPENCE, JERRY & JENNIFER | | SUBTOTAL: | $100.00 |
| 37513 E LK WALKER DRIVE SE | | | |
| ENUMCLAW, WA 98022 | | | |
| PERMITTEE / OWNER | (425)  766-5501 | PERF BOND: | 0 |
| | | PLAN REVIEW: | 0 |
| SPENCE, JERRY & JENNIFER | | ISSUE FEE: | $100.00 |
| 37513 E LK WALKER DRIVE SE | | | |
| ENUMCLAW, WA 98022 | | -- REMARKS -- | |

APPLICANT IS RESPONSIBLE FOR PAYMENT OF ALL FEES.  I HEREBY CERTIFY THAT THE PROPOSED WORK IS AUTHORIZED BY THE OWNER OF RECORD AND THAT I HAVE BEEN AUTHORIZED BY THE OWNER TO MAKE THIS APPLICATION AS HIS AUTHORIZED AGENT, AND WE AGREE TO CONFORM TO ALL APPLICABLE LAWS OF THE STATE OF MICHIGAN.  ALL INFORMATION ON THIS APLICATION IS ACCURATE TO THE BEST OF MY KNOWLEDGE.  SECTION 23A OF THE STATE CONSTRUCTION CODE ACT OF 1972 ACT 230 OF PUBLIC ACTS OF 1972 BEING SECTION 25.1623A OF THE MICHIGAN COMPILED LAWS, PROHIBITS A PERSON FROM CONSPIRING TO CIRCUMVENT THE LICENSING REQUIREMENTS OF THIS STATE RELATING TO PERSONS WHO PERFORM WORK ON RESIDENTIAL BUILDING OR A RESIDENTIAL STRUCTURE.  VIOLATORS OF SECTION 23A ARE SUBJECT TO CIVIL FINES.  FINES MAY BE LEVIED FOR WORK STARTED WITHOUT A PERMIT.

PERMIT DESCRIPTION:

ISSUED BY:  MARK EPPERSON

PERMITTEE SIGNATURE

# Exhibit G

12/18/22, 2:44 PM                                   Mail - Jennifer Spence - Outlook

FW: Application/Service Request Receipt Acknowledgement

Beaubien, Russell A. <russb@spicergroup.com>
Wed 12/13/2017 4:27 PM
To: Jennifer Spence <jennifer@spencerealestate.net>;spencedevelops@gmail.com
<spencedevelops@gmail.com>

Here is confirmation of the submittal and its new reference number.  So we are good to go and now just have to
wait for the permit or review comments.

**Russell Beaubien, P.E., CFM | Project Manager I**
**SPICER GROUP, INC.**
Office: 989-754-4717 | Cell: 989-751-0529
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer.*

**From:** MiWaters Support [mailto:DEQ-WRD-MiWaters@michigan.gov]
**Sent:** Wednesday, December 13, 2017 3:46 PM
**To:** Beaubien, Russell A. <russb@spicergroup.com>
**Subject:** Application/Service Request Receipt Acknowledgement

Russell Beaubien Spicer Group, Inc.,

This is to notify you that Michigan DEQ has received your submission. Details of your submission are
presented below:

**Form Name: MDEQ/USACE Joint Permit Application (JPA) for Inland Lakes and Streams, Great Lakes,
Wetlands, Floodplains, Dams, Environmental Areas, High Risk Erosion Areas and Critical Dune Areas**

**Submission Reference Number: HNA-2CA5-JFGB5**

**System Receipt Date: 12/13/2017 3:26PM**

Facility, Site, or Project: **Spence Residence - 648 Davis, Sebewaing, MI**

Additional notifications will be sent when key events are recorded or when submission processing
milestones are achieved.

You can access MiWaters using the link below if you need to modify your application.

https://miwaters.deq.state.mi.us/miwaters/

This is an automated email sent by the MiWaters system

Ex. I

12/16/22, 2:45 PM                                        Mail - Jennifer Spence - Outlook

**Floodplain Permit - Sebewaing Lot**

**Beaubien, Russell A.** <russb@spicergroup.com>
Wed 1/3/2018 12:45 PM

To: Jennifer Spence <jennifer@spicerealestate.net>;spencedevelops@gmail.com
<spencedevelops@gmail.com>
Cc: Mahoney, Roger P. <rogerm@spicergroup.com>

Jerry, Jennifer,
We have received the response from the MDEQ, you may have already received the letter, it appears this site
does not need a permit from the MDEQ for construction within the floodplain of the Sebewaing River.

So, your proposed residential construction project is good to go.

**Russell Beaubien, P.E., CFM | Project Manager II**
**SPICER GROUP, INC.**
Office: 989-754-4717 | Cell: 989-751-0529
www.spicergroup.com
Stronger. Safer. Smarter. *Spicer.*



STATE OF MICHIGAN
DEPARTMENT OF ENVIRONMENTAL QUALITY
SAGINAW BAY DISTRICT OFFICE



RICK SNYDER
GOVERNOR

C. HEIDI GRETHER
DIRECTOR

December 21, 2017

Mr. Jerry and Ms. Jennifer Spence
37513 East Lk. Walker Drive, SE
Enumclaw, WA 98022

Dear Mr. and Ms. Spence:

SUBJECT:   Michigan Department of Environmental Quality (MDEQ)
Submission Number HNA-2CA5-JFGB5

The MDEQ's Water Resources Division has completed the review of your
application/plans filed with this office for your proposed project.  The review indicates
that the proposed project does not require a permit under the State's Floodplain
Regulatory Authority found in Part 31, Water Resources Protection, of the Natural
Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA).

The project is within the 100-year floodplain of Lake Huron, but not within the 100-year
floodplain of the Sebewaing River.  Accordingly, your file has been closed and no
further action will be taken.

This letter does not obviate the necessity of obtaining permits under the provisions of
Part 91, Soil Erosion and Sedimentation Control, of the NREPA, or permits from other
governmental units.  As proposed, the structure may not meet minimum floodplain
construction standards under the Michigan Residential Building Code and/or the
National Flood Insurance Program.  Please contact the local building official for more
information.

If you have any questions, please feel free to contact me at 989-894-6226

Sincerely,

Joy L Brooks, P.E.
Saginaw Bay District Office
Water Resources Division

cc:   Huron County Building Official
Village of Sebewaing Floodplain Administrator
Mr. Russ Beaubien, P.E., CFM, Spicer Group

# Exhibit H

12/21/22, 11:51 AM                                                Mail - Jennifer Spence - Outlook

648 Davis St Sebewaing - Building Application

Jennifer Spence <jennifer@spencerealestate.net>
Wed 3/28/2018 3:58 PM

To: epperson@co.huron.mi.us <epperson@co.huron.mi.us>
Cc: 'Jennifer Spence (jennifer@spencerealestate.net)'
<jennifer@spencerealestate.net>;'spencedevelops@gmail.com' <spencedevelops@gmail.com>

5 attachments (10 MB)
_CST100.Site.pdf; _CST100.Plans.pdf; _CST100.Glazing.pdf; _CST100.Gravity.pdf; 648 Davis St Building Application.pdf;

Hi Mark,

I have placed hard copies of our building application and plans in the mail.  Digital copies attached to this email as
well.

We will look forward to hearing from you.

Thanks, Jennifer and Jerry Spence

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
37513 E LK Walker DR SE
Enumclaw, WA 98022-9636
425.647.9007

Jennifer@SpenceRealEstate.net
www.SpenceRealEstate.net
www.SpenceRealEstate.net/BLOG

 Testimonials

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends,
neighbors and co-workers...your referrals are greatly appreciated!!!*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR
USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT.  Do not use, review, distribute or copy this e-mail or any attachments if you
are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and
promptly delete this e-mail.

# Exhibit I

3

**BUILDING PERMIT APPLICATION** REVISED 12/2012
HURON COUNTY PLANNING, BUILDING & ZONING DEPARTMENT
250 E. HURON AVENUE, COUNTY BUILDING, ROOM 102
BAD AXE, MICHIGAN   48413
(989) 269-9269 FAX (989) 269-3362
www.co.huron.mi.us/building_zoning.asp

| |
|---|
| Date reviewed:_____ |
| Permit #:_____ |
| Permit Fee:_____ |
| Method of Payment:_____ |
| Receipt #._____ |

## I. JOBSITE & OWNER INFORMATION

Name of Owner/Agent: _Jerry and Jennifer Spence_   Property I.D. _323900707500_

Job Location: _648 Davis St.   Village_
Road/Street Name and No.        Jurisdiction (Township, Village or City)        Section No.

Directions to site: Located on the N  S  E  W  (circle one) side of the road between _____ & _____ Rds
Cross Road        Cross Road

Owner's Mailing Address: _37513 E. Lk. Walker Dr. SE.   Enumclaw WA 98022_
Street/Road Name and No.        Post Office        State  Zip Code        Phone #
Cell # _425-766-5501_

## II. CONTRACTOR/HOMEOWNER INFORMATION

☐ Contractor
☒ Homeowner   Name _SAME AS ABOVE_ _____ Phone _____ Cell _____ FAX _____

Mailing Address: _____
#        Street/Road Name        Post Office (city, village, etc.)        State        Zip code

Contractor Information:_____
State License #   State Registration #        Expiration Date        Fed I.D. #        MESC #

## III. PROJECT INFORMATION

**A. TYPE OF IMPROVEMENT:**

1. _X_ New Construction (Plans Required), i.e., new home, commercial building, detached garage, shed, etc.

2. _____ Addition to existing building (Plans Required) i.e. additions) to existing buildings, including attached garage.

3. _____ Remodel or Repair (change of use, wall or roof restructuring, fire damage, interior wall changes, etc.)

4. _____ Re-roof _____ New Windows _____ New Siding

5. _____ Demolition. All material other than concrete must be removed from site. Utilities must be disconnected from structure(s)
Applicant is responsible for providing evidence of disconnection from utility companies serving site

6. _____ Other: Specify, (Fence, Sign, Commercial Wind Turbine (Number of Turbines) etc

**B. USE OF BUILDINGS** Required for all projects

1. _X_ One Family detached dwelling   2. _____ Two Family dwelling (duplex)   3. _____ Multiple Family Structure (3 or more ) Specify No. of Units:_____

**Does work include additional bedroom or bathroom space** _____ Yes _____ No   Number of new bedrooms _____

4. _X_ Garage (residential) Attached.   5. _____ Garage (residential) Detached.   6. _____ Other , i.e., storage building (personal storage) _____

7. _____ Agricultural Building (Exclusively for Farm Use-Submit AG Exempt Form). Specify Use:_____

8. _____ Mercantile   9. _____ Factory/Industrial   10. _____ Institutional/Hospital   11. _____ Assembly Uses

12. _____ Business/Professional   13. _____ S-1 Auto Repair/Storage   14. _____ S-2 Storage Uses

15. _____ Other  Briefly Describe Commercial Use _____
(Example  Wind Energy Electrical Generation, etc )

CONTINUE TO PAGE 2.  SIGNATURE AND AFFIDAVIT REQUIRED ON PAGE 3 .

C. FOUNDATION SYSTEM (check appropriate foundation type and ATTACH FOOTING AND FOUNDATION WALL PLAN.)          Page 2

1. ✓ Crawl Space ____2. Basement ____3.Permanent Wood Foundation (PWF) ____4. Other

5. _____Pole frame; Attach construction plans for building.

6. _____Piers; Attach plans for location, depth, placement of tie-downs for Manufactured Home.

7. _____Slab on grade; Attach plans of building include foundation design.

8. _____Manufactured home; foundation per plans from manufacturer. Attach foundation plans from manufacturer.

D. TYPE OF FRAMING: 1. ✓ Wood; 2. _____Masonry; 3. _____Structural Steel; 4. _____Other; Specify:_____

E. MICHIGAN UNIFORM ENERGY CODE:  Effective March 9, 2011.  All building construction permitted after the effective date must comply with Part 10 (as amended) of the 2009 Michigan Uniform Energy Codes regarding insulation and other energy requirements.

F. USE GROUP AND CONSTRUCTION TYPE: R3  5B _____

G. DIMENSIONS OF NEW CONSTRUCTION:  Construction plans must be reviewed prior to issuance of building permit. Number of Floors: 2 ____(include walkout basement as a floor)

| | | length | width | area | wall height |
|---|---|---|---|---|---|
| Principal Building: | Basement | | | | |
| | First Floor | 49 | 24 | 949 | 12' |
| | Second Floor | 57 | 22 | 1047 | 8' |
| | Third Floor | | | | |
| | Fourth Floor | | | | |
| Covered Porch: | First Floor | 4.6 | 4.6 | 22 | 10' |
| | Second Floor | | | | |
| Open Porch | First Floor | 7 | 3 | 21 | |
| | Second Floor | | | | |
| Wind Turbine: | Overall Dimensions | | | | |

Height of Principal Building to ridge: _____     Commercial Wind Turbine Hub Height (ft) _____

| | | length | width | area | wall height |
|---|---|---|---|---|---|
| Garage or Shed: | First Floor | 20 | 20 | 392 | 12' |
| | Second Floor | | | | |
| 2ⁿᵈ Garage or shed: | First Floor | | | | |
| | Second Floor | | | | |

Height of Accessory Building to ridge: N/A _____

H. ESTIMATED TOTAL COST OF IMPROVEMENTS: $125,000. _____

CONTINUE TO PAGE 3

**IV.  OTHER INFORMATION & APPROVALS -- Applicant must provide documents of other approvals.**                    Page 3

| THE FOLLOWING MUST BE REVIEWED TO ISSUE BUILDING PERMIT | PROVIDE SIGNATURE OF REVIEW & ATTACH DOCUMENTS. |
|---|---|
| A.  ZONING APPROVAL: Required for all new construction and change of use projects.<br>Provide site plan & required information on page 4 of this application.  County zoned townships: Bingham, Bloomfield, Dwight, Fairhaven, Gore, Grant, Hume, Lincoln, McKinley, Rubicon, Sebewaing, Sheridan, Sherman, Sigel, and Winsor<br><br>All other townships, village & cities with separate zoning: Attached site plan and zoning approval. | Site Permit No. _____<br>(Attached zoning approval.)<br><br>Reviewed by: _____<br>*IN PROCESS* |
| B.  HEALTH DEPT. APPROVAL: Septic system & well approval required for new construction where municipal services are not available.  Health Dept. must approve added bedroom space for existing homes with septic systems.  Health Department shall review food service establishments prior to issuance of building permits. | Septic Permit<br>No. _____ *N/A*<br><br>Well Permit No _____ |
| C.  SOIL EROSION REVIEW: Review location of site.  For sites where disturbed area will exceed one (1) acre and for all sites within 500 feet of the water (lake, stream, county drain), a soil erosion permit is required. | Soil Erosion Permit No. _____ *IN PROCESS*<br><br>Reviewed by: _____ |
| D.  FLOOD ZONE REVIEW. Review location of site relative to Flood Zone Maps.  All sites located in "ZONE A" shall have site and foundation elevation information attached.  Flood Maps are available in Building & Zoning Office issued by Federal Emergency Management Agency (FEMA) on December 2, 2008 | Check all sites located in Flood Zones.<br><br>Where property is located on river or stream, refer applicant to DEQ's Joy Brooks at 989-686-8025 Ext. 8361 *LETTER PROVIDED* |
| E.  HIGH-RISK EROSION AREAS:  Caseville Twp., Lake Twp., Port Austin Village, Port Austin Township.  DEQ Permit is required for sites classified as "High-Risk Erosion Areas".  See Map Files. | Refer applicant to Penny Holt, DEQ Lansing, MI (517) 373-1952 |
| F.  ENVIRONMENTAL AREAS: Caseville Twp., Fairhaven Twp., McKinley Twp., Rubicon Twp., Sebewaing Village and Sebewaing Township.  See Map Files | No construction in Environmental Areas. Refer applicant to DEQ's Martin Jannereth 517-335-3458. |
| G.  LAND DIVISION APPROVAL: For new parcels (without separate property I.D. number, land division approval is required prior to issuance of building permit. | Applicant is to contact their municipal assessor for land division approval. Refer applicants to Tax Mapping for property identification numbers |

*Building Department must receive all required information above BEFORE accepting a building permit application.  Incomplete applications will be returned.

Homeowner Permit Policy  The Michigan Licensing Law gives a homeowner an exemption to act as his/her own general contractor.  This means that in the case of construction a new home, addition, garage, remodeling/re-roofing, etc., a homeowner may obtain a building permit for the work, even though a contractor may be significantly involved.  If you, the homeowner, choose to act as your own general contractor and secure the required construction permits, please be aware that you, the homeowner, assume the liability and responsibility that the licensed contractor would normally assume if he was securing the permit.  The Huron County Building & Zoning Department (County of Huron) will not be responsible for any cause of action against  an unlicensed contractor that you have hired to perform work under the permit you obtained.  Contractors performing work under your permit, where said work exceeds $600.00 in material/labor value, are required to be licensed in their trade by the State of Michigan.  Homeowners should request evidence of such a license prior to contracting for improvements on their property.  It is the homeowner's responsibility to have a complete understanding of the current construction code.  Under a homeowner permit, the homeowner is responsible for correction of any code violation, even if the contractor did the work under the permit you obtained.  The homeowner may be liable for any injury which occurs on the job, whether it is to a builder's or subcontractor's employee.  In the event of an occurrence beyond the builder's control, which causes the builder to be unable to complete the work, the homeowner will be legally responsible for completion of the job under the permit the homeowner obtained.

**V.  APPLICANT SIGNATURE AND AFFIDAVIT OF UNDERSTANDING.** I hereby certify that I am the owner of record of this property or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his/her authorized agent and we agree to conform to all applicable laws of the State of Michigan.  All information submitted on or with this application is accurate to the best of my knowledge. Section 23a of the State construction Code Act of 1972, P.A  230, MCL  125.152.1523A, prohibits a person from conspiring to circumvent the licensing requirements of this state  relating to persons who are to perform work on a residential structure or a residential structure.  Violators of Section 23a are subject to civil fines

Applicant name (printed): *JERRY  AND  JENNIFER  SPENCE*

Applicant signature: *~~(signature)~~*     *Jennifer Spence*     Date: *3-22-18*

**VI.  Building Department Validation** - Permit cannot be issued without site visit and required signatures.

Building Permit Fee: _____  Signature of Building Inspector reviewing application: _____

Zoning  Fee: _____                                              Date: _____

Flood Zone Fee: _____

Plan Review Fee: _____           Site Visit by: _____ Date _____

TOTAL FEE: _____          Reviewed by Director: _____ Date _____

CONTINUE TO PAGE 4

**ZONING COMPLIANCE PERMIT & SITE PLAN FOR COUNTY ZONED TOWNSHIPS**    PAGE 4

Huron County Planning, Building & Zoning Department
250 E. Huron Ave., County Building, Room 102
Bad Axe, MI 48413
(989) 269-9269   FAX (989) 269-3362

Provide a drawing below, or attach as a separate page, a Site Plan of your proposed project. The drawing must show all existing buildings on your property as well as the location and dimensions of the proposed construction. Indicate the distance new construction will be from all property lines, including the distance from the actual right-of-way line. Where applicable, the location of the septic system and well must be shown. The County Zoning/Site Permits is $35.00; other fees may apply.

Name of Owner/Agent: JERRY AND JENNIFER SPENCE   Property I.D. 3259007 07500   Parcel Size: 7598

Job Location: 648 Davis St.   Village
_____ Road/Street Name and No.     Jurisdiction (Township, Village or City)      Section No.

Located on the   N (S) E  W   (circle one) side of the road between _____ & Davis St. Rds.
                                                                 Cross Road          Cross Road

Owner's Mailing Address: 37513 E. Lk. WALKER DR SE   EnumClaw, WA 98022
                         Street/Road Name and No.   Post Office   State   Zip Code   Phone #   Cell #
                                                                              425·766·5501   425·647·9007

Indicate North Direction
Disclaimer: Property Owner is responsible for determining property lines.

Sℯℯ  attached
"Exhibit A"

Zoning District & Description of project:_____

Setbacks:  Front:_____ Side_____ Side_____ Rear_____

Zoning Official Signature:_____ Date:_____
Permit not valid without authorized signature
CONTINUE TO PAGE 5 (IF APPLICABLE)



Exhibit "A"

**OWNER**

JERRY & JENNIFER SPENCE
57515 EAST LAKE WALKER DRIVE SE
ENUMCLAW, WA 98022

**LEGAL DESCRIPTION**

PARCEL ID: 3239-007-075-00

LOT 1, SEBEWAING BAY SUBDIVISION, LIBER 5, PAGE 4

**LOT DATA / APPROX BUILDING LOT COV'G**

| | |
|---|---|
| AREA OF SITE: | 7,508 sf |
| PROPOSED RESIDENCE | 1,339 sf |
| LOT COVERAGE: | 18% |
| PROPOSED RESIDENCE ROOFS: | 1,706 sf |
| PROP'D DRIVEWAYS, WALKS, ETC. | 342 sf |
| TOTAL IMPERVIOUS | 1,750 sf |
| IMPERVIOUS COVERAGE | 23% |

Page: 5

## Please Answer The Following Questions for
## NEW Residential Stick Built Homes & NEW Manufactured/Modular Homes Only
Note: Information is provided to U.S. Census Bureau

Number of bedrooms: _3_

Number of baths:  Full _2_  Half _1_

Fireplace:  Yes _✓_  No ~~✗~~

Laundry room:  Yes _✓_  No ____  What Floor: _2 ND_

Type of heat: _NAT GAS_ _____ (propane gas, natural gas, geothermal, boiler, etc.)

Air conditioning:  Yes ____  No _✓_

Primary house covering: _FIBER-CEMENT SIDING_ (brick, vinyl, stone)

Secondary house covering: _N/A_

If the house is 2 stories, is the foyer open to the 2ⁿᵈ floor:  Yes ____  No _✓_

Plumbing Water System:     Private Well ____   or   Public (Municipal) Supply _✓_

Plumbing Sewer System:     Private Septic ____   or   Public (Municipal) Sewer _✓_

Exhibit J



*Village of*
# SEBEWAING

This institution is an equal opportunity provider

## ZONING PERMIT APPLICATION
**222 N. Center St.**
**Sebewaing, Michigan 48759**
**Phone: (989) 883-2150  Fax: (989) 883-9367**
**Email: office@SebewaingMI.gov**

| | |
|---|---|
| Permit Fee: | $25.00 |
| Cash: | |
| Check No. | 11420 |
| Rec. No. | 5587 |
| Rec. Date | 3-29-18 |

This is not a building permit.  A building permit may be required for this project and can be obtained from the Huron County Building & Zoning Department, Room 102, 250 E. Huron Ave., Bad Axe, MI 48413.
 Phone: (989) 269-9269, Fax: (989) 269-6024.  (A Copy of this zoning permit may be faxed to the building and zoning office.)

**I.   APPLICANT INFORMATION:**

Applicant Name: *Jerry AND Jennifer Spence*     Telephone: 425-766-5501
                                                               425-647-9057

Mailing Address: 37513 E.K. WALKER DR SE   ENUMCLAW   WA   98022
                    PO Box/Street              City      State   Zip Code

Property ID # 32-39  007 075 00      Lot Size:  7508

If applicant is not the property owner, please provide property owner's name: _____

Property Address:  648 DAVIS ST

**II.   PROJECT INFORMATION:  This section must be completed, incomplete applications will
             not be approved until all information is provided.**

**A.  TYPE OF IMPROVEMENT:**   ✓ New Home            _____ Addition to existing

_____ Remodel/Repair        _____ Fence

_____ Garage              _____ Accessory Building

_____ Other:  Specify: _____

**B.  USE OF BUILDING:  Required for all projects.**
**RESIDENTIAL:  Check appropriate uses**

✓ One Family Dwelling     _____ Two Family Dwelling     _____ Multiple Family Dwelling
                                                        (specify number of units:) _____

✓ Garage Attached         _____ Garage/Shed Unattached

_____ Other: _____

**COMMERCIAL:  Check appropriate uses**

_____ Commercial          _____ Industrial/Manufacturing     _____ Office/Professional Bldg.

_____ Service Station      _____ Church/Religious

Briefly describe proposed commercial use: _____

**C.   DIMENSIONS OF NEW CONSTRUCTION:**

Number of floors: _2_   (Include walkout basement as a floor)

| Principal Building | | Length | Width | Area | Wall Height |
|---|---|---|---|---|---|
| | Basement | | | | |
| | 1st Floor | 49 | 24 | 949 | 12 |
| | 2nd Floor | 57 | 22 | 1047 | 8 |
| | 3rd Floor | | | | |
| | 4th Floor | | | | |
| Garage or Shed | 1st Floor | 20 | 20 | 392 | 12 |
| | 2nd Floor | | | | |
| 2nd  Garage/Shed | 1st Floor | | | | |
| | 2nd Floor | | | | |
| Covered Porch | 1st Floor | 4.6 | 4.6 | 22 | |
| Open Porch/Deck Spaces | | 7 | 3 | 21 | |
| 2nd Porch/Deck | | | | | |

**III.   OTHER PERMIT REQUIREMENTS:**

| | | | | |
|---|---|---|---|---|
| ✓ | Building Permit | ✓ | Sanitary Sewer Permit | |
| County | | Village | | |
| ✓ | Soil Erosion Review | | Land Division Approval | |
| County | *Construction within 200' of the* | Township | | |
| | *Center of the River* | | | |

**IV.   APPLICANT SIGNATURE & AFFIDAVIT OF UNDERSTANDING**

I hereby certify that I am the owner of record of this property or that the proposed work is authorized by the owner of record and that I have been authorized by the owner to make this application as his/her agent, and I agree to conform to all applicable laws of the State of Michigan.  All information submitted on or with this application is accurate to the best of my knowledge.

Applicant name (print): _Jerry Spence_

Applicant Signature: _Spence_   Date: _3-22-18_

**V.   REQUIRED SIGNATURES:**       Office Use Only

Signature of Sebewaing Light & Water Dept.         Signature of Zoning Inspector

Date: _3-29-18_              Date: _3-29-18_

### ZONING COMPLIANCE PERMIT & SITE PLAN
*Village of Sebewaing*
*(989) 883-2150   Fax (989) 883-9367*
*Additional copies of this application can be found on the Village Website: www.SebewaingMI.gov*
*or in the Village Office: 222 N Center St, Sebewaing, MI 48759.*

PROVIDE A DRAWING BELOW, or attach on a separate sheet, a SITE PLAN indicating the SIZE and the LOCATION of proposed construction and ALL EXISTING BUILDINGS on the property.  Indicate distance NEW CONSTRUCTION will be from all property lines INCLUDING road R.O.W. line.  Indicate the location of any power lines on your property or within 10 feet of your property line. (A survey may be required.)

Applicant Name and Property Address: *JERRY AND JENNIFER SPENCE*
_____
                                                              Name

Property ID# 3239- *00707500*    *648 Davis St.*
_____
                                                  House Number & Street

*425-766-5501*    *Sebewaing*         *MI*      *48759*
Telephone Number              City                State        Zip

MISS DIG must be contacted before digging of any kind begins.  www.MISSDIG.org

Indicate North direction with ARROW

*SEE ATTACHED*

*EXHIBIT "A"*

Zoning District: *VILLAGE OF*    Setbacks: Front *20'* Side *5'6"* Side *5'* Rear *58*
                 *SEBEWAING*
ZONING COMPLIANCE PERMIT APPROVED BY: *Scott Mellendorf* *3-29-18*
                                      Zoning Official signature required    Date

V:\Shared Documents\_Forms\Zoning\Zoning Permit Application

Page 3



Exhibit "A"

SCALE: 1"=10'

**OWNER**

JERRY & JENNIFER SPENCE
37513 EAST LAKE WALKER DRIVE SE
ENUMCLAW, WA 98022

**LEGAL DESCRIPTION**

PARCEL ID: 3239-007-075-00

LOT 1, SEBEWAING BAY SUBDIVISION; LIBER 5, PAGE 4.

**LOT DATA / APPROX BUILDING LOT COV'G**

| | |
|---|---|
| AREA OF SITE: | 7,508 sf |
| PROPOSED RESIDENCE: | 1,339 sf |
| LOT COVERAGE: | 18% |
| PROPOSED RESIDENCE ROOFS: | 1,708 sf |
| PROP'D DRIVEWAYS, WALKS, ETC: | 342 sf |
| TOTAL IMPERVIOUS: | 1,750 sf |
| IMPERVIOUS COVERAGE: | 23% |

# Exhibit K

12/16/22, 3:02 PM                                      Mail - Jennifer Spence - Outlook

## Zoning Application

**Village of Sebewaing** <office@sebewaingmi.gov>
Wed 4/4/2018 9:20 AM
To: Jennifer Spence <jennifer@spencerealestate.net>

Zoning Application was approved at 4-2-18 Council Meeting. We will attach a copy of the 4-2-18 Approved
Minutes to your zoning application after the April 16, 2018 Meeting.

Thank you

*Linda Engelhardt*



### SEBEWAING

222 N. Center Street
Sebewaing, MI 48759
989-883-2150
989-883-9367 Fax
office@sebewaingmi.gov

# Exhibit L

Huron Co. Building & Zoning
160 E. Huron Ave.
County Building, Room 102
Bad Axe, MI 48413

Tel: (989) 269-9269
Fax: (989) 269-3362

BUILDING PERMIT
DATE ISSUE 4/8/2019
RECEIPT NO. 85091
SFA METHOD CK 1443 MB

| | | |
|---|---|---|
| JOB ADDRESS: | DAVIS, 648 | |
| MUNICIPALITY: | SEBEWAING VILLAGE | |

| | |
|---|---|
| WORK CLASS: | NEW |
| USE TYPE: | SINGLE FAM. HOME - SITE BUILT W/CR |
| PROP NO: | 3239-007-075-00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Proposed Use | NEW HOME | 1rst Fl Width . | 24 | Dwelling Units | | |
| Type Frame . | WOOD FRAME | 2nd Fl Length . | 57 | Stories . | 2 | |
| Foundation . | CRAWLSPACE BLOCK | 2nd Fl Width . | 22 | Bldg Height . | | |
| Heating Fuel | GAS | Garage Att Length . | 20 | SetBacks | | |
| Lot Size . | 7508 | Garage Att Width . | 20 | Front . | | |
| Septic Permit # | CITY | Garage Unatt Lengt' | | L. Side | | |
| Erosion Permit . # | 18-246 | Garage Unatt Width. | | R. Side | | |
| Zoning Permit # | | Basement Sq Ft . | | Rear . | | |
| Flood Plain . | YES | Crawl Sq Ft . | | Remarks | | |
| Zoning District | SEBEWAING VILLAGE | 1rst Floor Sq Ft | 949 | | CVRD 22SQ FT,OPEN 7X |
| Improve Cost . | $125,000 | 2nd Floor Sq Ft. | 1047 | | 3 BED 2 FULL 1 HALF |
| 1rst Fl Length | 49 | Total Sq Ft . | | | FIRE, NO AIR |
| | | | | | SIDING, NO SEC. |

| | | | | |
|---|---|---|---|---|
| APPLICANT | (425) 766-5501 | BASE: | 574 | |
| | | EQUIP FEE: | 0 | |
| SPENCE, JERRY & JENNIFER | | VIOLATION: | 0 | |
| 37513 E LK WALKER DRIVE SE | | SUBTOTAL: | | $574.00 |
| ENUMCLAW, WA 98022 | | ZONING FEE | | |
| | | | | |
| OWNER / APPLICANT | (425) 766-5501 | PERF BOND: | 0 | |
| | | PLAN REVIEW: | 0 | |
| SPENCE, JERRY & JENNIFER | | ISSUE FEE: | | $574.00 |
| 37513 E LK WALKER DRIVE SE | | | | |
| ENUMCLAW, WA 98022 | | -- REMARKS -- | | |

APPLICANT IS RESPONSIBLE FOR PAYMENT OF ALL FEES. I HEREBY CERTIFY THAT THE PROPOSED WORK IS AUTHORIZED BY THE OWNER
OF RECORD AND THAT I HAVE BEEN AUTHORIZED BY THE OWNER TO MAKE THIS APPLICATION AS HIS AUTHORIZED AGENT, AND WE
AGREE TO CONFORM TO ALL APPLICABLE LAWS OF THE STATE OF MICHIGAN. ALL INFORMATION ON THIS APLICATION IS ACCURATE TO
THE BEST OF MY KNOWLEDGE. SECTION 23A OF THE STATE CONSTRUCTION CODE ACT OF 1972 ACT 230 OF PUBLIC ACTS OF 1972 BEING
SECTION 25.1523A OF THE MICHIGAN COMPILED LAWS, PROHIBITS A PERSON FROM CONSPIRING TO CIRCUMVENT THE LICENSING
REQUIREMENTS OF THIS STATE RELATING TO PERSONS WHO PERFORM WORK ON RESIDENTIAL BUILDING OR A RESIDENTIAL
STRUCTURE. VIOLATORS OF SECTION 23A ARE SUBJECT TO CIVIL FINES. FINES MAY BE LEVIED FOR WORK STARTED WITHOUT A PERMIT.

PERMIT DESCRIPTION:

ISSUED BY: MARK EPPERSON

PERMITTEE SIGNATURE

## SEPARATE PERMITS REQUIRED FOR WORK OTHER THAN DESCRIBED ABOVE.

# INSPECTION RECORD

## NOTICE
### THIS CARD MUST BE
### POSTED ON THE JOB SITE

| BUILDING PERMIT | 18000312 | DATE ISSUED: 4/23/2018 | | RECEIPT NO: 28965 |
|---|---|---|---|---|

JOB ADDRESS:     DAVIS, 648
MUNICIPALITY:    SEBEWAING VILLAGE
NOTES:           SPENCE, JERRY & JENNIFER

WORK CLASS:    NEW
USE TYPE:      SINGLE FAM. HOME - SITE BUILT W/CR

| INSPECTION | DATE | INSPECTOR | | INSPECTION | DATE | INSPECTOR |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## 24 HOUR NOTICE REQUIRED FOR ALL INSPECTIONS.
### (989) 269-9269
## OCCUPANCY AND USE NOT AUTHORIZED UNTIL FINAL INSPECTION COMPLETED.

**Huron Co. Building & Zoning**
**250 E. Huron Ave.**
**County Building, Room 102**
Phone: 989-269-9269   Fax: 989-269-3362

# RECEIPT

| Received From: | SPENCE, JERRY & JENNIFER |
| | 37513 E LK WALKER DRIVE SE |
| | ENUMCLAW, WA 98022 |

Receipt No: 65032
Receipt Date: 4/23/2018
Pay Method: CK 11423; MB
Description: 648 DAVIS ST, SEBEWAING VILLAGE

| Record No. | Receipt Type | AcctNo | Amount |
|---|---|---|---|
| 18000312 | Building Permit | 481.02 | $574.00 |
| Description | NEW HOME | | |
| | Flood Plain Determination Permit | 481.08 | $75.00 |
| Description | | | |
| | | Total: | $649.00 |

Print Date: 4/23/2018 9:15:31 AM

# Exhibit M

What is needed by your department to keep the building permit in Active status for an expected build date Spring of 2021?

Thanks. Jennifer Spence

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
425.647.9007



*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT.  Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

**From:** Mark Epperson <epperson@co.huron.mi.us>
**Sent:** Tuesday, July 24, 2018 12:52 PM
**To:** Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** RE: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Good day!

The building permit is good for one year but as long as there's ongoing activity it may stay open longer.

Good luck with everything.

Mark

**From:** Jennifer Spence [mailto:jennifer@spencerealestate.net]
**Sent:** Tuesday, July 24, 2018 11:42 AM
**To:** Mark Epperson
**Cc:** Jennifer Spence
**Subject:** External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Hi Mark,

Looks like we are not going to be able to break ground this year, we have been unable to find subcontractors to work within our budget and timeframe.  So we will most likely get started next spring/summer.

Since we now have the building permit, will we still need to renew the soil erosion permit if we don't get started prior to it expiring 03/06/2019?

Also, is there an expiration on the building permit? I don't see one.

Thank you.  Jennifer.

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
37513 E LK Walker DR SE
Enumclaw, WA 98022-9636
425.647.9007

Jennifer@SpenceRealEstate.net
www.SpenceRealEstate.net
www.SpenceRealEstate.net/BLOG

   Testimonials

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!i*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT.  Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.

4

# Exhibit N

Huron Co. Building & Zoning
250 E. Huron Ave.
County Building, Room 102
Bad Axe, MI  48413

Fax: (989) 269-3362

DATE ISSUE: 4/23/2018
RECEIPT NO: 65032
PAY METHOD: CK 11423 IMB

| | | | | | | |
|---|---|---|---|---|---|---|
| JOB ADDRESS: | DAVIS, 648 | | WORK CLASS: | NEW | | |
| MUNICIPALITY | SEBEWAING VILLAGE | | USE TYPE: | SINGLE FAM. HOME - SITE BUILT W/CR | | |
| | | | PROP NO: | 3239-007-075-00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Proposed Use | NEW HOME | 1rst Fl Width . | 24 | Dwelling Units | | |
| Type Frame . | WOOD FRAME | 2nd Fl Length . | 57 | Stories . | 2 | |
| Foundation . | CRAWLSPACE BLOCK | 2nd Fl Width . | 22 | Bldg Height . | | |
| Heating Fuel | GAS | Garage Att Length . | 20 | SetBacks | | |
| Lot Size . | 7508 | Garage Att Width . | 20 | Front . | | |
| Septic Permit  # | CITY | Garage Unatt Length | | L. Side | | |
| Erosion Permit  # | 18-246 | Garage Unatt Width . | | R. Side | | |
| Zoning Permit  # | | Basement Sq Ft . | | Rear . | | |
| Flood Plain | YES | Crawl Sq Ft . | | Remarks | | |
| Zoning District . | SEBEWAING VILLAGE | 1rst Floor Sq Ft . | 949 | CVRD 22SQ.FT,OPEN 7X | | |
| Improve Cost . | $125,000 | 2nd Floor Sq Ft . | 1047 | 3 BED 2 FULL 1 HALF | | |
| 1rst Fl Length | 49 | Total Sq Ft . | | FIRE, NO AIR SIDING, NO SEC. | | |

| | | | |
|---|---|---|---|
| APPLICANT | (425)  766-5501 | BASE: | 574 |
| | | EQUIP FEE: | 0 |
| | | VIOLATION: | 0 |
| SPENCE, JERRY & JENNIFER | | SUBTOTAL: | $574.00 |
| 37513 E LK WALKER DRIVE SE | | ZONING FEE | |
| ENUMCLAW, WA 98022 | | | |
| | | | |
| OWNER / APPLICANT | (425)  766-5501 | PERF BOND: | 0 |
| | | PLAN REVIEW: | 0 |
| SPENCE, JERRY & JENNIFER | | ISSUE FEE: | $574.00 |
| 37513 E LK WALKER DRIVE SE | | | |
| ENUMCLAW, WA 98022 | | -- REMARKS -- | |

APPLICANT IS RESPONSIBLE FOR PAYMENT OF ALL FEES.  I HEREBY CERTIFY THAT THE PROPOSED WORK IS AUTHORIZED BY THE OWNER OF RECORD AND THAT I HAVE BEEN AUTHORIZED BY THE OWNER TO MAKE THIS APPLICATION AS HIS AUTHORIZED AGENT, AND WE AGREE TO CONFORM TO ALL APPLICABLE LAWS OF THE STATE OF MICHIGAN.  ALL INFORMATION ON THIS APPLICATION IS ACCURATE TO THE BEST OF MY KNOWLEDGE.  SECTION 23A OF THE STATE CONSTRUCTION CODE ACT OF 1972 ACT 230 OF PUBLIC ACTS OF 1972 BEING SECTION 25.1523A OF THE MICHIGAN COMPILED LAWS, PROHIBITS A PERSON FROM CONSPIRING TO CIRCUMVENT THE LICENSING REQUIREMENTS OF THIS STATE RELATING TO PERSONS WHO PERFORM WORK ON RESIDENTIAL BUILDING OR A RESIDENTIAL STRUCTURE.  VIOLATORS OF SECTION 23A ARE SUBJECT TO CIVIL FINES.  FINES MAY BE LEVIED FOR WORK STARTED WITHOUT A PERMIT.

PERMIT DESCRIPTION: 03/19/2019:  RENEWAL FEE PD.  CK 11469; RCPT 66484.

ISSUED BY:  MARK EPPERSON

PERMITTEE SIGNATURE

## SEPARATE PERMITS REQUIRED FOR WORK OTHER THAN DESCRIBED ABOVE.

Huron Co. Building & Zoning        Office: (989) 269-9289        SOIL ERO PERMIT        B0002461
250 E. Huron Ave.                  Fax: (989) 269-3062           DATE ISSUE: 4/3/2018
County Building, Room 102                                        RECEIPT NO: 9497 0
Bad Axe, MI   48413                                              TAX METHOD: EX 1109 M

JOB ADDRESS:   DAVIS, 648                    WORK CLASS:  EXCAVATION/FILL
MUNICIPALITY:  SEBEWAING VILLAGE             USE TYPE:    RESIDENTIAL GENERAL
                                             PROP NO:     3239-007-075-00

THIS PERMIT IS ISSUED PURSUANT TO PART 91, P.A. 451, 1994 SOIL EROSION AND SEDIEMNTATION CONTROL FOR
THE FOLLOWING ACTIVITY,  SUBJECT TO GENERAL RULES OF THE ACT, LOCAL ORDINANCES, AND SPECIFIC
CONDITIONS OF THIS PERMIT.

| | |
|---|---|
| ACTIVITY: | SINGLE FAMILY RESIDNETIAL CONSTRUCTION |
| START DATE: | 05/2018 |
| COMPLETION DATE: | 05/2019 |
| PERMIT EXPIRATION DATE: | 03/06/2019 |
| SUPERVISOR & PHONE #: | JERRY & JENNIFER SPENCE; PHONE #: 425-766-5501 |
| SPECIFIC INSTRUCTIONS: | HAVE SILT FENCE IN PLACE PRIOR TO ANY EXCAVATION FILL NOT TO AFFECT NEIGHTBORING PROPERTIES |
| | SEE PLANS |

ON-SITE RESPONSIBLE PERSON    (425) 766-5501        BASE:           100
                                                    EQUIP FEE:        0
                                                    VIOLATION:        0
SPENCE, JERRY & JENNIFER                            SUBTOTAL:              $100.00
37513 E LK WALKER DRIVE SE
ENUMCLAW, WA 98022

PERMITTEE / OWNER        (425) 766-5501            PERF BOND:        0
                                                   PLAN REVIEW:      0
SPENCE, JERRY & JENNIFER                            ISSUE FEE:             $100.00
37513 E LK WALKER DRIVE SE
ENUMCLAW, WA 98022                                  -- REMARKS --

APPLICANT IS RESPONSIBLE FOR PAYMENT OF ALL FEES.  I HEREBY CERTIFY THAT THE PROPOSED WORK IS AUTHORIZED BY THE OWNER
OF RECORD AND THAT I HAVE BEEN AUTHORIZED BY THE OWNER TO MAKE THIS APPLICATION AS HIS AUTHORIZED AGENT. AND WE
AGREE TO CONFORM TO ALL APPLICABLE LAWS OF THE STATE OF MICHIGAN.  ALL INFORMATION ON THIS APLICATION IS ACCURATE TO
THE BEST OF MY KNOWLEDGE.  SECTION 23A OF THE STATE CONSTRUCTION CODE ACT OF 1972 ACT 230 OF PUBLIC ACTS OF 1972 BEING
SECTION 25.1523A OF THE MICHIGAN COMPILED LAWS, PROHIBITS A PERSON FROM CONSPIRING TO CIRCUMVENT THE LICENSING
REQUIREMENTS OF THIS STATE RELATING TO PERSONS WHO PERFORM WORK ON RESIDENTIAL BUILDING OR A RESIDENTIAL
STRUCTURE.  VIOLATORS OF SECTION 23A ARE SUBJECT TO CIVIL FINES.  FINES MAY BE LEVIED FOR WORK STARTED WITHOUT A PERMIT.

PERMIT DESCRIPTION: 03/19/2019:  RENEWAL FEE PD.  CK 11469; RCPT 66484.

ISSUED BY:  MARK EPPERSON

PERMITTEE SIGNATURE

**Huron Co. Building & Zoning**
**250 E. Huron Ave.**
**County Building, Room 102**
Phone: 989-269-9269   Fax: 989-269-3362

# RECEIPT

| Received From: | JERRY SPENCE |
| | 37513 E LK WALKER DR SE |
| | ENUMCLAW, WA 98022-9636 |

Receipt No: 66484
Receipt Date: 3/19/2019
Pay Method: CK 11469; MB
Description: 648 DAVIS, SEBEWAING VILLAGE

| Record No. | Receipt Type | AcctNo | Amount |
|---|---|---|---|
| | Building Permit | 481.02 | $50.00 |
| Description | RENEWAL FEE 18-312 | | |
| | Soil Erosion Permit | 481.06 | $50.00 |
| Description | RENEWAL FEE 18-246 | | |
| | | Total: | $100.00 |

Print Date: 3/19/2019 9:20:29 AM

# Exhibit O

spencedevelops@gmail.com

| | |
|---|---|
| **From:** | Village of Sebewaing <office@sebewaingmi.gov> |
| **Sent:** | Wednesday, July 17, 2019 4:31 PM |
| **To:** | spencedevelops@gmail.com |
| **Cc:** | Matt Bumhoffer |
| **Subject:** | RE: sewer permit appl-648 Davis St |

Thanks for the application Jerry!

Payment should be $35.00 for the permit and the $1500 capacity fee.

Please be sure to contact us if you need anything further.

Thanks!

*Megan Tietz*

Village of Sebewaing
989-883-2150
office@sebewaingmi.gov

---

**From:** spencedevelops@gmail.com <spencedevelops@gmail.com>
**Sent:** Tuesday, July 16, 2019 12:04 PM
**To:** Village of Sebewaing <office@sebewaingmi.gov>
**Subject:** sewer permit appl-648 Davis St

Good morning.  Please see attached sewer application.  Please send me a total amount due and I will put check in the mail.

Thanks much.  Jerry.

*Spence Develop, Ltd.*
*Jerry Spence-President*
*37513 East Lake Walker DR SE*
*Enumclaw, WA*
*98022*
*425-766-5501*
*spencedevelops@gmail.com*



1



**MASTER BUILDERS**
**A S S O C I A T I O N**
*of King and Snohomish Counties*

## City of Sammamish

► The working hours of construction shall be consistent with the City's municipal code
SMC 16.05.030:
Monday through Friday: 7:00 a.m. to 8:00 p.m.
Saturdays: 9:00 a.m. to 6:00 p.m.
Sundays: No construction
Holidays: Holidays: No construction will be allowed on the
following holidays - New Year's Day, Memorial Day, Independence Day, Labor
Day, Thanksgiving Day, and Christmas Day
No variations to these hours will be permitted.

**How early in the morning can construction begin? Does Duvall have a noise ordinance?**
Construction is permitted between 7:00 a.m. to 6:00 p.m. Monday through Saturday. Construction
sounds on Sundays and holidays shall not be permitted at any time.

CITY OF SEATTLE
Our ordinance requires that you:

- Limit construction noise, in general, to the following times:
    - 7:00 a.m. - 10:00 p.m., weekdays
    - 9:00 a.m. - 10:00 p.m., weekends and holidays

**ALL SUB-CONTRACTORS: BEFORE YOU START WORK I MUST HAVE A COPY OF YOUR CERTIFICATE OF
INSURANCE WITH SPENCE DEVELOP, LTD. AS ADDITIONAL INSURED.**

# Exhibit P

**spencedevelops@gmail.com**

| | |
|---|---|
| **From:** | Wayne Atwell <tnaccuex@yahoo.com> |
| **Sent:** | Tuesday, July 9, 2019 3:08 PM |
| **To:** | spencedevelops@gmail.com |
| **Subject:** | Re: Sebewaing Building plans and permit |

18500.00 for crawl and garage with garage floor with excavation an backfill any sand needed will be at 20.00 per yard placed and compacted .we also can do your septic or sewer thank you wayne tna excavating and concrete

Sent from Yahoo Mail on Android

On Tue, Jul 9, 2019 at 1:56 PM, spencedevelops@gmail.com
<spencedevelops@gmail.com> wrote:

See attached .


Thanks.  Jerry.


*Spence Develop, Ltd.*

*Jerry Spence-President*

*37513 East Lake Walker DR SE*

*Enumclaw, WA*

*98022*

*425-766-5501*

*spencedevelops@gmail.com*

1

# Exhibit Q

**Jerry Spence**

| | |
|---|---|
| **From:** | Jennifer Spence |
| **Sent:** | Friday, February 19, 2021 10:06 AM |
| **To:** | Jerry Spence |
| **Subject:** | FW: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit |

FYI


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: Mark Epperson <epperson@co.huron.mi.us>
Date: 2/19/21 5:42 AM (GMT-08:00)
To: Jennifer Spence <jennifer@spencerealestate.net>
Subject: RE: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Good morning Jennifer,

Because of the covid we are not charging any extention fees so rest well.

Thanks
Mark

From: Jennifer Spence <jennifer@spencerealestate.net>
Sent: Thursday, February 18, 2021 5:00 PM
To: Mark Epperson <epperson@co.huron.mi.us>
Subject: Re: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

## Caution

**You are seeing this notification because this email originated from outside of the organization. If you have any questions whatsoever please contact the CIS department before clicking on any links or downloading any attachments.**

Hi Mark,

Due to economic hardship on my husbands' company and my company from COVID-19 we are unable to move forward on our build site as excepted this spring.

Checking in to see what is needed by your department to keep the building permit in Active status for an expected build date Spring of 2022?

Thanks. Jennifer Spence

1

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
425.647.9007

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*

THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT. Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

**From:** Mark Epperson <epperson@co.huron.mi.us>
**Sent:** Friday, April 17, 2020 4:50 AM
**To:** Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** RE: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Good morning Jennifer,

Your permit will remain open for now.  If we decide a renewal fee is necessary we'll contact you and the fee is only $50.  Stay well!

Thanks
Mark

**From:** Jennifer Spence <jennifer@spencerealestate.net>
**Sent:** Wednesday, April 1, 2020 6:58 PM
**To:** Mark Epperson <epperson@co.huron.mi.us>; Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** Re: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

## Caution

**You are seeing this notification because this email originated from outside of the organization. If you have any questions whatsoever please contact the CIS department before clicking on any links or downloading any attachments.**

Hi Mark,

Due to the recent developments with COVID-19 i.e. stay home lock-down orders here in WA state, travel restrictions and economic impacts we are unable to move forward on our build site as excepted this year.

2

What is needed by your department to keep the building permit in Active status for an expected build date Spring of 2021?

Thanks. Jennifer Spence

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
425.647.9007



*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*

**SRE | SPENCE REAL ESTATE**

THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT. Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

**From:** Mark Epperson <epperson@co.huron.mi.u>
**Sent:** Tuesday, July 24, 2018 12:52 PM
**To:** Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** RE: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Good day!

The building permit is good for one year but as long as there's ongoing activity it may stay open longer.

Good luck with everything.

Mark

**From:** Jennifer Spence [mailto:jennifer@spencerealestate.net]
**Sent:** Tuesday, July 24, 2018 11:42 AM
**To:** Mark Epperson
**Cc:** Jennifer Spence
**Subject:** External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Hi Mark,

Looks like we are not going to be able to break ground this year, we have been unable to find subcontractors to work within our budget and timeframe. So we will most likely get started next spring/summer.

Since we now have the building permit, will we still need to renew the soil erosion permit if we don't get started prior to it expiring 03/06/2019?

Also, is there an expiration on the building permit? I don't see one.

3

Thank you.  Jennifer.

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
37513 E LK Walker DR SE
Enumclaw, WA 98022-9636
425.647.9007

Jennifer@SpenceRealEstate.net
www.SpenceRealEstate.net
www.SpenceRealEstate.net/BLOG

     Testimonials

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*

**SRE | SPENCE REAL ESTATE**

THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT. Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. This footer also confirms that this email message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.

4

# Exhibit R

**Jerry Spence**

| | |
|---|---|
| **From:** | Jennifer Spence |
| **Sent:** | Friday, February 19, 2021 10:06 AM |
| **To:** | Jerry Spence |
| **Subject:** | FW: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit |

FYI

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Mark Epperson <epperson@co.huron.mi.u>
Date: 2/19/21 5:42 AM (GMT-08:00)
To: Jennifer Spence <jennifer@spencerealestate.net>
Subject: RE: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Good morning Jennifer,

Because of the covid we are not charging any extention fees so rest well.

Thanks
Mark

From: Jennifer Spence <jennifer@spencerealestate.net>
Sent: Thursday, February 18, 2021 5:00 PM
To: Mark Epperson <epperson@co.huron.mi.us>
Subject: Re: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Caution

**You are seeing this notification because this email originated from outside of the organization. If you have any questions whatsoever please contact the CIS department before clicking on any links or downloading any attachments.**

Hi Mark,

Due to economic hardship on my husbands' company and my company from COVID-19 we are unable to move forward on our build site as excepted this spring.

Checking in to see what is needed by your department to keep the building permit in Active status for an expected build date Spring of 2022?

Thanks. Jennifer Spence

1

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
425.647.9007



*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT. Do not use, review, distribute or copy this e-mail or any attachments If you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

**From:** Mark Epperson <epperson@co.huron.mi.us>
**Sent:** Friday, April 17, 2020 4:50 AM
**To:** Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** RE: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

Good morning Jennifer,

Your permit will remain open for now.  If we decide a renewal fee is necessary we'll contact you and the fee is only $50.  Stay well!

Thanks
Mark

**From:** Jennifer Spence <jennifer@spencerealestate.net>
**Sent:** Wednesday, April 1, 2020 6:58 PM
**To:** Mark Epperson <epperson@co.huron.mi.us>; Jennifer Spence <jennifer@spencerealestate.net>
**Subject:** Re: External: 648 Davis St Sebewaing - Soil Erosion Permit and Building Permit

## Caution

**You are seeing this notification because this email originated from outside of the organization. If you have any questions whatsoever please contact the CIS department before clicking on any links or downloading any attachments.**

HI Mark,

Due to the recent developments with COVID-19 i.e. stay home lock-down orders here in WA state, travel restrictions and economic impacts we are unable to move forward on our build site as excepted this year.

2

# Exhibit S

12/16/22, 3:26 PM                                          Mail - Jennifer Spence - Outlook

## Home Construction

**Matt Bumhoffer** <dpw@sebewaingmi.gov>
Mon 11/22/2021 11:39 AM
To: spencedevelops@gmail.com <spencedevelops@gmail.com>
Cc: Jennifer Spence <jennifer@spencerealestate.net>

Hello Mr. and Mrs. Spence:

It was brought to my attention from our Village Office that you would like to live in your RV for about two months while constructing your home.  Unfortunately this is a violation of 71.20 PARKING OF RECREATION VEHICLES :
No travel trailers, campers, or recreational vehicles (RVs) shall be occupied, utilized, or inhabited on residential property for a period exceeding five consecutive nights, or five nights total in any one-month period.  I also cannot give you permission to park on Davis Street, as the postal service, FEDEX, UPS, and public vehicles use this area to turn around.  Sebewaing does have two campgrounds that may be able to accommodate your needs.  Sebewaing County Park (huroncountyparks.com/sebewaing-park-reservations , and Sebewaing River Campground (sebewaingriver.com).  As you may know already that both of these campgrounds are across the river from your property.
Also I am to inform you that your building permits have expired, and you will need to apply for new permits at the village level and county level.  If you have any questions or concerns please feel free to call me.

Thank you,

*Matt Bumhoffer*
*Village of Sebewaing*
*DPW Superintendent*
*Zoning Administrator*
*Cell (989) 551-8950*

# Exhibit T

12/16/22, 3:31 PM

Mail - Jennifer Spence - Outlook

### RE: External: Building Permit and Soil Erosion Permit 648 Davis St, Sebewaing

Mark Epperson <epperson@co.huron.mi.us>
Fri 2/11/2022 8:59 AM
To: Jennifer Spence <jennifer@spencerealestate.net>

Good morning Jennifer,

Yes both permits 18000312 and 18000246 are active for your property at 648 Davis st. Sebewaing, mi.

Mark Epperson
Huron County Building & Zoning

**From:** Jennifer Spence <jennifer@spencerealestate.net>
**Sent:** Friday, February 11, 2022 8:54 AM
**To:** Mark Epperson <epperson@co.huron.mi.us>
**Subject:** External: Building Permit and Soil Erosion Permit 648 Davis St, Sebewaing

## Caution

**You are seeing this notification because this email originated from outside of the organization. If you have any questions whatsoever please contact the CIS department before clicking on any links or downloading any attachments.**

Hi Mark,

Can you please reply stating that both our building permit 18000312 and soil erosion permit18000246 are active.

Thank you,

Jennifer Spence
Spence Real Estate, PC
Designated Broker | Owner
425.647.9007

*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*

THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT. Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

12/16/22, 3:31 PM                           Mail - Jennifer Spence - Outlook

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the originator of the message. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Huron County.

# Exhibit U

12/16/22, 3:33 PM                                          Mail - Jennifer Spence - Outlook

## Zoning Permit

Matt Bumhoffer <dpw@sebewaingmi.gov>
Tue 2/15/2022 8:33 AM
To: Jennifer Spence <jennifer@spencerealestate.net>

Mr. & Mrs. Spence

I just wanted to inform you that the Zoning Permit that was dropped off at the Village Office did not make the dead line for the Planning Commission Meeting.  Deadline for the meeting was 02/08/22.  I was informed of this on 02/13/22 and was off work yesterday 02/14/22.  The next Planning Commission meeting will be in March date and time to be determined.  Sorry for any inconvenience.

Thank you,

Matt Bumhoffer
Village of Sebewaing
DPW Superintendent
Zoning Administrator
℡ (989) 551-8950
℅ dpw@sebewaingmi.gob

# Exhibit V

12/16/22, 3:34 PM                                    Mail - Jennifer Spence - Outlook

## Construction Permits Terminated

Jeff Smith <smithj@co.huron.mi.us>
Tue 2/15/2022 10:40 AM
To: Jerry Spence <jerry@spencerealestate.net>
Cc: Jennifer Spence <jennifer@spencerealestate.net>;Brian Berens <berensb@co.huron.mi.us>;Mark
Epperson <epperson@co.huron.mi.us>;'Julie Epperson (julieepperson6@gmail.com)'
<julieepperson6@gmail.com>;Matt Bumhoffer <dpw@sebewaingmi.gov>

Mr. and Mrs. Spence,

You have previously inquired about the status of the construction permits for 648 Davis Street, Sebewaing, MI.
Mr. Epperson reviewed the electronic software permit file, and stated the permits were active.  However, there
has been no activity on the construction site since August 1, 2019.  The original building permit was issued on
April 23, 2018 and was extended one time in March 2019.  The building permit and soil erosion permit has thus
been terminated as of today, February 15, 2022, due to no activity and no request for inspection for a time period
exceeding 180 days.  We are also aware that the Village of Sebewaing expired the original site permit.  Sebewaing
has advised us that you are working to secure a new site permit.

Once you have the new revised site approval from Sebewaing Village (that includes approval of the sump
pump/crawlspace foundation enclosure being located only 1ft 2" from the east boundary property line and
approval of the front yard setback being essential zero (0) feet, as currently the front wall of the house foundation
is constructed at the 20ft Road Right-of-Way Line), we can then work with you both on issuing new building and
soil erosion construction permits that are accurate to what is being constructed on your property.  We will be
issuing a refund in the amount of $314 for the remaining unused portion of the 2018 building permit fee.

Let me know if you have any additional questions.

Thank you,

**Jeff Smith, Director**
**Building Official/Zoning Administrator**
**Huron County Building & Zoning Department**
**250 E. Huron Avenue, Suite 102**
**Bad Axe, MI  48413**
**989-269-9269**
smithj@co.huron.mi.us

This email and any files transmitted with it are confidential and intended solely for the use of the
individual or entity to whom they are addressed. If you have received this email in error please notify
the originator of the message. Any views expressed in this message are those of the individual sender,
except where the sender specifies and with authority, states them to be the views of Huron County.

# Exhibit W



**spencedevelops@gmail.com**

| | |
|---|---|
| **From:** | Matt Bumhoffer <dpw@sebewaingmi.gov> |
| **Sent:** | Friday, April 8, 2022 7:54 PM |
| **To:** | spencedevelops@gmail.com |
| **Subject:** | Re: Davis Street Zoning |

Jerry,

I will find out Monday morning and get back with you. Thanks
Matt

Get Outlook for iOS

**From:** spencedevelops@gmail.com <spencedevelops@gmail.com>
**Sent:** Friday, April 8, 2022 5:11:49 PM
**To:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Subject:** FW: Davis Street Zoning

Matt- do you have a copy of the zoning ordinance that was in effect when my lot was permitted?  Jerry.

**From:** Chad and Kelle Ingham <chelladekstudios@msn.com>
**Sent:** Friday, April 8, 2022 5:03 PM
**To:** spencedevelops@gmail.com
**Subject:** RE: Davis Street Zoning

Hi Jerry,

I'm not sure, actually.

Again, if they are enforcing a setback from the ROW easement line on your property, it is completely unbuildable. And I'm surprised that the setback / lot line issue did not come up at all during zoning application approval, permitting, nor any of the inspections until now.

I don't know what your next steps are!

Does Sebewaing have anything similar to a Reasonable Use Exception, and if so, can it be fast-tracked?

Also, it would be interesting to get a copy of the Zoning Ordinance that was in effect when your lot was permitted (the one online shows Nov 16, 2020).  Not sure if anything substantial changed with regards to the setback issue?

Chad & Kelle Ingham
Chelladek Studios, Inc.
(360) 306-8404 office

**From:** spencedevelops@gmail.com <spencedevelops@gmail.com>
**Sent:** Thursday, April 7, 2022 5:51:33 AM
**To:** 'Chad and Kelle Ingham' <chelladekstudios@msn.com>
**Subject:** FW: Davis Street Zoning

1

**From:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Sent:** Wednesday, March 16, 2022 9:05 AM
**To:** spencedevelops@gmail.com
**Subject:** RE: Davis Street Zoning

Jerry,

This is what the Zoning setback is for a building. As you can see the setback starts at the R.O.W., not at the centerline of the street.

Thanks,

Matt

**From:** spencedevelops@gmail.com <spencedevelops@gmail.com>
**Sent:** Tuesday, March 15, 2022 12:50 PM
**To:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Subject:** FW: Davis Street Zoning

Matt- I want to confirm the zoning for the "existing lot" at 648 Davis St. We were informed it is RA2 by the Village. See email below.

Digging into this this morning and found out the property line actually starts at the centerline of Davis St. The front of the foundation actually abuts the 20' ROW. See attached "Certificate of Survey." I have also attached e-mail from Case Surveying and The approval of our zoning application.

Would you like me to include the other planners in my e-mails? If so please reply with their email address.

Thanks much. Jerry Spence.

**From:** Village of Sebewaing <office@sebewaingmi.gov>
**Sent:** Monday, September 21, 2015 9:14 AM
**To:** spencedevelops@gmail.com
**Subject:** Davis Street Zoning

The property at 648 Davis Street is zoned "RA2" Family Residential.

*Lois Kroll*

village of
SEBEWAING

222 N Center St
Sebewaing MI  48759
989-883-2150
Fax 989-883-9367

4

Please note our new email address:  office@sebewaingmi.gov

**From:** no-reply@websitetonight.com [mailto:no-reply@websitetonight.com]
**Sent:** Sunday, September 20, 2015 6:18 PM
**To:** Village of Sebewaing
**Subject:** sebewaingmi.gov Contact: Form Submission

**Name**
Jerry Spence
**Email**
spencedevelops@gmail.com
**Subject**
zoning
**Message**
Can you please tell me what zoning my property is? 648 Davis St Sebewaing. Thank you Jerry
Spence.
**Optin**
True

*This message was submitted from your website contact form:*
http://www.sebewaingmi.gov/contact.html

5

**Jerry Spence**

| | |
|---|---|
| **From:** | Village of Sebewaing <office@sebewaingmi.gov> |
| **Sent:** | Tuesday, April 19, 2022 9:12 AM |
| **To:** | Jerry Spence |
| **Subject:** | RE: A message from your Village of Sebewaing contact form. |
| **Attachments:** | Sebewaing15.pdf; 06-18-12.pdf; Am Legal updates through 05-19-14.pdf; Am Legal updates through 07-06-15.pdf; AMLegal Updates 7-7-15 to 2-22-18.pdf |

Good Morning Jerry;
Attached is the information requested from the Village of Sebewaing concerning zoning. If you need anything else, please let me know. Have a great day.

*Dena Kish, Clerk*



**SEBEWAING**
222 N. Center Street, Sebewaing, MI 48759
989-883-2150 | 989-883-9367 Fax
office@sebewaingmi.gov
www.sebewaingmi.gov

**From:** Village of Sebewaing <notice@godaddy.com>
**Sent:** Thursday, April 14, 2022 10:50 AM
**To:** Village of Sebewaing <office@sebewaingmi.gov>
**Subject:** A message from your Village of Sebewaing contact form.

# Village of Sebewaing
# has received a new message.

**Name**
Jerry Spence

1

**Email**
jerry@spencerealestate.net

**Message**
Hello. how do I request public records? I am looking for the zoning ordinance for the period covering April 2018. Thank you.

**Device**
desktop

**Language**
en-US

**Submitted from**
Office

**Reply to this email to respond.**

This message came from your website contact form, http://sebewaingmi.gov.

Sent via Websites + Marketing.

2

Good morning Matt- I did receive the zoning from when my lot was permitted and sent to my designer for her analysis. You can read her comments below. Before I go further, I need to know what the Village "wants." The zoning board approved my zoning application and we moved forward. Foundation was put in and I was set to get this built this spring/summer. ( I even bought another house to live in while I built, as the Village would not allow me to stay on my lot in town while building my house). As it sits now, I am already a month behind schedule and have lost the framer I was going to use to get this framed up. I need direction from the Village for a solution and a path to finish my house.

Thanks. Jerry Spence.

**From:** Chad and Kelle Ingham <chelladekstudios@msn.com>
**Sent:** Wednesday, April 20, 2022 7:15 PM
**To:** Jerry Spence <jerry@spencerealestate.net>
**Subject:** RE: Sebewaing

Okay. Tried to marshal my thoughts.

Here's what I think based on the zoning stuff you sent:

Their definition of Front Lot Line is slightly different (and ambiguous) in the Code that was in effect when the plans were permitted.

> *153.003 DEFINITIONS*
> *FRONT LOT LINE.* In the case of an interior lot, the line separating the lot from the street. In the case of a corner lot or double frontage lot, the line separating the lot from that street which is designated as the front street in the plat and the request for zoning compliance permit.
> *STREETS.* A public thoroughfare which affords the principal means of access to abutting property.

It just says separation from "street," not Right Of Way / Easement. Might be semantics, might not.

I'm not sure what you wish to do, or how you wish to proceed?
1. You had zoning approval based off of the house at the ROW easement line.
2. You have a building permit based off of same.
3. You have approved inspections (foundation, etc...) based off of same.
4. You are the last house on a dead-end street.
5. Strict interpretation of the Code / Ordinance results in loss of use for the site.

If needed, I think you may be able to go to the Board of Appeals.
> *153.150 YARD REGULATIONS.*
> When yard regulations cannot reasonably be complied with, or where their application cannot be determined on lots existing and of record at the time this chapter became effective and on lots of peculiar shape, topography or due to architectural or site arrangement, the regulations may be modified or determined by the Board of Appeals. (1988 Code, '1000.5)

I have a section on the BoA also but will save you from having to read that just yet 😬 but at least this:
> 156.230 (C) (4) Permit the modification of the height and area regulations of a lot which may be necessary to secure an appropriate improvement of a lot, which is of the shape or so located with relation to surrounding development or physical characteristics that it cannot otherwise be appropriately improved without modification;

Give me a call if you want to talk this over?

~kel

Chad & Kelle Ingham
Chelladek Studios, Inc.

3

(360) 306-8404 office

**From:** Jerry Spence
**Sent:** Wednesday, April 20, 2022 9:44 AM
**To:** 'Chad and Kelle Ingham (chelladekstudios@msn.com)'
**Subject:** Sebewaing

Kelle-The street fronting my lot, the asphalt is 17' wide.  The front of the foundation is 20' from center of street.

If you go to Google earth you will see the lot is directly adjacent to the marina.  It is the most northern eastern on Davis St, sandwiched in the 3 sides by Davis St, the marina and the water.

Jerry Spence
Spence Real Estate, PC
Owner
425.766.5501



*I am always available to assist with your Real Estate needs!! Please share my contact info with your family, friends, neighbors and co-workers...your referrals are greatly appreciated!!!*



THE INFORMATION CONTAINED IN THIS E-MAIL AND ANY ATTACHMENTS THERETO IS CONFIDENTIAL, AND IS INTENDED ONLY FOR USE BY THE INTENDED, NAMED OR DESIGNATED RECIPIENT.  Do not use, review, distribute or copy this e-mail or any attachments if you are not the intended recipient. If you are not the intended recipient, please advise the sender immediately of your unintended receipt and promptly delete this e-mail.

4



Zoning Map

2





Sent from my iPhone

# Exhibit X

**Jerry Spence**

| | |
|---|---|
| **From:** | Jerry Spence |
| **Sent:** | Wednesday, April 27, 2022 6:42 PM |
| **To:** | Village of Sebewaing |
| **Subject:** | Zoning appeal/variance complete. |
| **Attachments:** | Scan2022-04-27_183507(3).pdf |

Thanks Dena. Please see attached. I will drop hard copies and a check into the Village mail slot in the morning. Have a great day. Jerry Spence.

**From:** Village of Sebewaing <office@sebewaingmi.gov>
**Sent:** Wednesday, April 27, 2022 4:19 PM
**To:** Jerry Spence <jerry@spencerealestate.net>
**Subject:** Zoning Appeal Form

Hi Jerry;
Per your request, I have attached the zoning board of appeals application. Sorry it took me so long to get this out to you.

*Dena Kish, Clerk*

Village of
SEBEWAING
222 N. Center Street, Sebewaing, MI 48759
989-883-2150 | 989-883-9367 Fax
office@sebewaingmi.gov
www.sebewaingmi.gov

1



**Village of Sebewaing**
222 N. Center Street
Sebewaing, Michigan 48759
Phone: (989) 883-2150  Fax: (989) 883 – 9367
Email: office@SebewaingMI.gov

## A. VILLAGE OF SEBEWAING APPLICATION FOR ZONING BOARD OF APPEALS

*This application must be filled out completely and returned no less than three (3) weeks prior to a scheduled Board of Appeals hearing. All mailings will be sent to the applicant.*

**$200 Fee**

Applicant: _Jerry Spence_          Date: _4/27/22_

Mailing Address: _9111 Rescue Rd.   Sebewaing_

Telephone: (_425-766-5501_   Email: _Jerry@Spencereal Estate.net_

Owner (If different than applicant): _____

Address: _____

Telephone: (   )_____         Email: _____

Subject Property Address: _648 Davis St._

Subject Property ID #: _32390070750_

Legal Description (Provide the legal description of the property affected - if additional space is needed please attach on a separate sheet to this application):

_Attached_

(Check One):
X Variance Request   ☐ Ordinance/Map Interpretation   X Appeal from Administrative Decision

Description of Request (Attach Additional Sheets if Necessary):

_Not exactly sure if I am asking for a variance or an appeal._

*November 2020*                                              2

If you are applying for a variance, please respond to the following questions by answering yes or no and providing an explanation:

| ☑ Yes ☐ No | 1. | Strict compliance with restrictions governing area, setback, frontage, height, bulk, density or other non-use matters, will unreasonably prevent the owner from using the property for a permitted purpose or will render ordinance conformity unnecessarily burdensome. |
|---|---|---|
| ☑ Yes ☐ No | 2. | The variance will do substantial justice to the applicant, as well as to other property owners. |
| ☑ Yes ☐ No | 3. | The variance requested is the minimum variance needed to provide substantial relief to the applicant and/or be consistent with justice to other property owners. |
| ☑ Yes ☐ No | 4. | The need for the variance is due to unique circumstances peculiar to the property and not generally applicable in the area or to other properties in the same zoning district. |
| ☑ Yes ☐ No | 5. | The problem and resulting need for the variance has been created by strict compliance with the Zoning Ordinance, not by the applicant or the applicant's predecessors. |

**Provide a site drawing, roughly to scale, indicating lot lines, existing buildings and structures, easements and other relevant features must accompany this application. This drawing shall indicate all relevant lot, structure and spacing dimensions.**

*November 2020*

3

I hereby grant personnel involved with the review of this request permission for reasonable entry onto the above property for investigations specifically related to this request.

I further understand that if the requested appeal is granted, I am in no way relieved from all other applicable requirements of the Zoning Ordinance or other applicable regulations.

Applicants Signature: _____   Date: 4-27-22

Is applicant acting as Agent of property owner:    ☐ Yes  ☒ No

| For Office Use Only: | Date Filed | | Amount Paid | |
|---|---|---|---|---|
| Permit Fee: $200 | Case # | | Cash or Check # | |
| | Current Zoning | | Receipt # | |
| Hearing Date | | | | |

November 2020

4

# CERTIFICATE OF SURVEY

JOB NO. 10831

CLIENT: JERRY SPENCE
Street: 37513 East Lake Walker Dr. SE
City: Enumclaw, WA 98022

| Part of the Gov't Lot 2, Frl.Section 7 | T 15 N-R 09 E | Sebewaing | Twp. | Huron | Co. |

DESCRIPTION FOR PARCEL SURVEYED: 648 Davis Street

A parcel of land being in and a part of Government Lot 2, Fractional Section 7, T15N-R09E, Sebewaing Township, Huron County, Michigan described as: Commencing at the Southeast corner of Lot 1, Sebewaing Bay Sub'd, as recorded in Liber 5 of Plats, page 4, Huron County Records; thence S58°39'13"E, 383.80 feet to the Point of Beginning of this description; thence N03°37'51"E, 106.90 feet; thence S53°44'12"E along the intermediate traverse line of the Sebewaing River, 86.64 feet; thence S03°37'51"W, 98.65 feet; thence N58°39'13"W along the centerline of Davis Street, 82.50 feet to the Point of Beginning. This parcel contains 0.17 acres of land to the intermediate traverse line including all land lying North of the intermediate traverse line to the shore of Sebewaing River. Subject to easements, restrictions, and rights of way of record.

NOTE:
1" steel stakes were placed at points marked thus (o). Found steel stakes at points marked thus (●). Bearings were based on Michigan State Plane Coordinates System, South Zone, NAD 83, International Survey Feet.





SITE PLAN

SEBEWAING RIVER

SPENCE DEVELOP: SEBEWAING

DAVIS ST

OWNER
JERRY & JENNIFER SPENCE
27511 EAST LAKE WALKER DRIVE SE
EPUFSCLAH, MA   49022

LEGAL DESCRIPTION
PARCEL ID: 9259-007-075-00

LOT 1, SEBEWAING BAY SUBDIVISION, LIBER 5,
PAGE 4

LOT DATA / APPROX BUILDING LOT COV'G

| AREA OF SITE | 4,506 sf |
|---|---|
| PROPOSED RESIDENCE | 1,339 sf |
| LOT COVERAGE | 31% |
| | |
| PROPOSED RESIDENCE ROOFS | 1,708 sf |
| PROP'D DRIVEWAYS, WALKS, ETC | 342 sf |
| TOTAL IMPERVIOUS | 1,750 sf |
| IMPERVIOUS COVERAGE | 23% |

# Exhibit Y



**Village of Sebewaing**

222 North Center Street
Sebewaing MI 48759
Phone: 989-883-2150 Fax: 989-883-9367
Email: office@SebewaingMI.gov

www.SebewaingMI.gov

June 13, 2022

Jerry Spence
682 Pine St
Lapeer, MI 48446

RE: Zoning Board of Appeals

The Village of Sebewaing Zoning Board of Appeals hearing was held on May 29, 2022. Based upon the Village of Sebewaing Application for a Zoning Board of Appeal that you submitted on April 27, 2022, there were two issues that were decided. Due to the specifics of the property, a zoning compliance permit would require variance approval. The Zoning Board of Appeals addressed both issues.

1. Zoning Compliance Permit. The zoning compliance permit was denied because the appeal is not timely as the planning commission did not deny the zoning permit.
2. Variance Request. The variance request was denied because all of the following conditions could not be met.
   (1) Strict compliance with restrictions governing area, setback, frontage, height, bulk, density or other non-use matters, will unreasonably prevent the owner from using the property for a permitted purpose or will render ordinance conformity unnecessarily burdensome.
      • Finding: The property could not comply with this.
   (2) The variance will do substantial justice to the applicant, as well as to other property owners.
      • Finding: Would not be justice for the applicant because he could not get to the back yard.
   (3) The variance requested is the minimum variance needed to provide substantial relief to the applicant and/or be consistent with justice to other property owners.
      • Finding: Does not the meet criteria.
   (4) The need for the variance is due to unique circumstances peculiar to the property and not generally applicable in the area or to other properties in the same zoning district.
      • Finding: The property is unique, but it does not meet the criteria.
   (5) The problem and resulting need for the variance has been created by strict compliance with the zoning ordinance, not by the applicant or the applicant's predecessors.
      • Finding: Does not meet the criteria.

A copy of the minutes from the Zoning Board of Appeals has been attached for your review.

Respectively,

Julie Epperson
President, Village of Sebewaing

Matthew Burnhoffer
Zoning Administrator, Village of Sebewaing

Matthew Chisholm
Trustee, Village of Sebewaing

William Glaab
Trustee, Village of Sebewaing

Aaron Kuhl
Trustee, Village of Sebewaing

Dennis Kundinger, Sr.
Trustee, Village of Sebewaing

Brandy Gunsell
Trustee, Village of Sebewaing

Marcus Sting
Trustee, Village of Sebewaing

Enclosure

**VILLAGE OF SEBEWAING**
**Public Hearing of the Zoning Board of Appeals – May 24, 2022**

The meeting was called to order, in the Village Council Chambers, by President Julie Epperson at 7:00 p.m.

Present: Matthew Chisholm, Brandy Gunsell, Dennis Kundinger, Aaron Kuhl, Marcus Sting, Julie Epperson
Absent: Bill Glaab, Jerry Spence
Others: Matthew Bumhoffer, Dena Kish, Joann La Fave, Amy and J. D. McBrayer, Troy Strieter, Alan Ziegler.

**III. Agenda – May 24, 2022**
Motion by Chisholm seconded by Kuhl to approve the agenda of the May 24, 2022, Special Council Meeting as presented.                                    MOTION CARRIED

**IV. Public Comment**
Mr. Ziegler stated he has two comments 1. What happened 2. What he thinks will happen. Mr. Spence bought the property; grass was not mowed. When construction started, the lawn care company is only allowed to mow once a month. A utility pole with a light was cut down and drug onto Mr. Ziegler's property. A storage barn was removed and the wood, nails, etc. were put on Mr. Ziegler's property. Heavy equipment and vehicles have driven on his property. Debris, like workers' pop cans, have been left on his property. There is no parking on the street. Workers had removed wooden boards from his floating deck and used them to secure the property during a storm. There was 500 pounds of cement on his property from cleaning out the cement truck. DPW moved the cement. The driveway is across Mr. Ziegler's property line onto his lot. The seawall is an issue because it is connected to Mr. Ziegler's seawall. Mr. Spence's seawall is at a 30 degree angle. Conversations with Mr. Spence to fix the seawall had no results. It cost Mr. Ziegler $6,000 to corner off seawall so it will not be dragged into the river with Mr. Spence's with the winter ice.

Going forward, look at the house on the lot. The easement on each side is suppose to be 5 feet. On the East side towards the Marina there is no easement. West side, by Mr. Ziegler there is a utility pole. Can't get a riding mower to the back yard without going on Mr. Ziegler's property. There is no way the house can be built without going on Mr. Ziegler's property. The lumber, trusses, building supplies will be stored either on Mr. Ziegler's lot or on the street. After construction, if there is any company at Mr. Spence' house, they will have to park on the street. The driveway and garage are only big enough for a compact car. The workers have made a circle drive onto people's property to turn around because of the dead end. The house doesn't fit. If Mr. Ziegler talked to Mr. Ziegler in the beginning, they may have been able to make an agreement. Mr. Ziegler lets people he knows drive on his lawn but they have his permission and he knows they are going to park there ahead of time. Mr. Ziegler lives on the West side of Mr. Spence's property.

J.D. McBrayer had questions about the set back.

Amy McBrayer discussed the storm drain that has been altered. This causes a significant amount of water to lay on the street after it rains. There are campers that get lost because they are on the wrong side of the river. They go to the dead end and need to turn around. They will not be able to do that if Mr. Spence has vehicles parked on the street.

**V. NEW BUSINESS**
**648 Davis Street**
**1. Zoning Compliance Permit**

Zoning Administrator Bumhoffer provided a timeline for the zoning permits. The original zoning permit was approved on April 2, 2018. Mr. Spence did not submit a subsequent zoning application after the one-year expiration of the April 2, 2018 approval. He did not bring in COVID as a reason for not completing the construction. There is no longer a valid zoning permit. This all took place prior to Mr. Bumhoffer taking over as zoning administrator.

Pictures and documents of the following issues were shared:
1. Circle driveway onto the grass of other property
2. Raised storm drain that was altered

3. Drainage problem that has occurred from the alteration of the storm drain.
4. Concrete dumped on Mr. Ziegler's property.
5. The original site plan showing the driveway was suppose to be at an angle but it was put in straight.
6. Tall grass – this will be the third year in a row that a blight letter was sent.

Mr. Spence's zoning application was submitted to the Zoning Administrator.  It was forwarded to the Planning Commission.  The Planning Commission did not deny the zoning application.  It is still pending.

<u>Motion</u> by Gunsell seconded by Chisholm to deny the Zoning Compliance Permit for 648 Davis Street for a residential home construction because the appeal is not timely as the planning commission did not deny the zoning permit due to the issue being tabled for Mr. Spence to provide a survey of the property and present his findings after reviewing the setbacks.
Chisholm: yea; Glaab: absent; Gunsell: yea; Kuhl: yea; Kundinger: yea; Sting: yea; Epperson: yea.
                                                                                                    Motion Carried

**2. Variance Request**

Zoning Administrator Bumhoffer provided Table 9 – Required Dimensional Regulations for All Districts from the Village of Sebewaing Zoning Ordinance, Chapter 3.  The subject property is district R-1.

1. The Minimum Front Setback is 25 feet.  The house would need to be moved back; however, it is at the 100-foot set back from the river right of way and there is no room in the back.
2. Alcove – access for the crawl space and sump pump enclosure.
3. Driveway is over the neighbor's property and no access to the back of the property.  Property is being mowed by the contractor going in through Mr. Ziegler's yard.
4. Mail, UPS, Fed Ex, snow plow trucks, etc. use the public street dead end to turn around.  Re-zoning would be needed for a turnaround area.
5. Cannot encroach on the roadway.  Cannot get any closer to the river because of the 100' set back.

<u>Motion</u> by Gunsell seconded by Chisholm to deny the following Variance Request for 648 Davis Street for a residential home construction:
A. Setback requirement to be changed to allow for the building
B. Site plan revised to demonstrate the driveway as poured
C. Storm drain to remain where moved by the property owner
D. Street not repaired back to as is or better condition from hooking up to sanitary sewer.  A temporary repair was made by the Village of Sebewaing.
The variance did not meet the following conditions:
(1) Strict compliance with restrictions governing area, setback, frontage, height, bulk, density or other non-use matters, will unreasonably prevent the owner from using the property for a permitted purpose or will render ordinance conformity unnecessarily burdensome.
   • Finding:  The property could not comply with this.
(2) The variance will do substantial justice to the applicant, as well as to other property owners.
   • Finding:  Would not be justice for the applicant because he could not get to the back yard.
(3) The variance requested is the minimum variance needed to provide substantial relief to the applicant and/or be consistent with justice to other property owners.
   • Finding: Does not met criteria.
(4) The need for the variance is due to unique circumstances peculiar to the property and not generally applicable in the area or to other properties in the same zoning district.
   • Finding: The property is unique but it does not meet this criteria.
(5) The problem and resulting need for the variance has been created by strict compliance with the zoning ordinance not by the applicant or the applicant's predecessors.
   • Finding: Does not met criteria.
Glaab: absent; Gunsell: yea; Kuhl: yea; Kundinger: yea; Sting: yea; Chisholm: yea; Epperson: yea.
                                                                                                    Motion Carried

**VI. Public Comment**

**VI. Public Comment**

Mr. Ziegler questioned what happens next. Answered Mr. Spence cannot do another Zoning Board of Appeals for a year. The open pit is dangerous. The property is now considered a blight because of the open crawl space that is holding water.

Amy McBrayer asked about the permit approved in 2017. Answered the site plan was different than what was built. How did it get approved? Answered there was a different Zoning Administrator and Village President when the original zoning application was approved. How did the Huron Co. building approve the building permit? Answered: it is unknown who approved the building permit at the County level. The County does not have the manpower to verify all of the individual ordinances, like the Village of Sebewaing, in the County. They may have figured if the village approved the zoning application, it was acceptable. Mrs. McBrayer appreciated the explanations.

Mr. Spence was notified of the standing water within the walls of the foundation on June 24, 2020. This is a safety issue and a breeding ground for mosquitos. Zoning Administrator Bumhoffer suggested to install a fence and a sump pump to remove standing water.

The storm drain will need to be moved back onto the street. The Zoning Administrator will look into blight and safety in the ordinance. The Village can send a permit to the County to have the property inspected. If the County determines there are safety issues, they can assess daily fines. Mr. Spence had sent an email to the DPW superintendent, to sign off on the moving of the storm drain and it was refused.

**VII. Correspondence**

None

**VIII. Council Comment**

Trustee Gunsell stated the storm drain should be relocated back to the Village Right of Way.

Trustee Chisholm questioned if a citation could be issued for damaging public infrastructure with a 6-month deadline to make restitution or reverse the damage.

Motion by Gunsell seconded by Kundinger to adjourn the Public Hearing of the Zoning Board of appeals at 8:07 pm.

MOTION CARRIED

Julie Epperson
President, Village of Sebewaing

Dena Kish
Clerk, Village of Sebewaing

Matthew Chisholm
Trustee, Village of Sebewaing

William Glaab
Trustee, Village of Sebewaing

Aaron Kuhl
Trustee, Village of Sebewaing

Dennis Kundinger, Sr.
Trustee, Village of Sebewaing

Brandy Gunsell
Trustee, Village of Sebewaing

Marcus Sting
Trustee, Village of Sebewaing

# Exhibit Z

**From:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Sent:** Wednesday, July 27, 2022 9:43 AM
**To:** Village of Sebewaing <office@sebewaingmi.gov>
**Subject:** Fwd: Survey-Davis St.


Get Outlook for iOS

---

**From:** Matt Bumhoffer
**Sent:** Thursday, July 21, 2022 8:41:55 AM
**To:** Julie Epperson <julieepperson6@gmail.com>
**Subject:** FW: Survey-Davis St.


**From:** Jerry Spence <jerry@spencerealestate.net>
**Sent:** Wednesday, July 20, 2022 9:49 AM
**To:** Matt Bumhoffer <dpw@sebewaingmi.gov>
**Subject:** FW: Survey-Davis St.

Matt- see attached. The foundation has been surveyed and is in compliance with the approved site plan. I have been to the site and yes, the driveway does encroach into neighbor's property. I will run a string line and cut that section of driveway off.

What is the next step? Wait another month or so for the next meeting?

Please let me know. Jerry Spence.

**From:** Case Surveying <casesurveying@gmail.com>
**Sent:** Friday, July 15, 2022 8:17 AM
**To:** Jerry Spence <jerry@spencerealestate.net>
**Subject:** Survey